AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Columbia

Rene Hinojosa and Deanna Hinojosa

V.

Department of Treasury and Internal Revenue Service

## SUMMONS IN A CIVIL ACTION

CASE NUMBER  1:06CV00215

JUDGE: John D. Bates

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/6/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ pro se's (name and address)

Rene H. Hinojosa
Deanna G. Hinojosa
P.O. Box 756
Rio Hondo, Texas 78583

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     FEB - 6 2006

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2-18-06 |
| NAME OF SERVER (PRINT) | TITLE RENE H. HINOJOSA |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): 7003 3110 0003 1248 6403
   Certified Mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-18-06
            Date          Signature of Server

C/o PO BOX 756
Rio Hondo, Texas [78583]
Address of Server

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT
MAR 0 3 2006
RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.