IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RENE HINOJOSA & | ) | |
| DEANNA HINOJOSA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:06-cv-00215 (JDB) |
| | ) | |
| DEPARTMENT OF TREASURY | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

DEFENDANTS, the Department of Treasury and the Internal Revenue Service,
through its attorneys, move the Court under Fed. R. Civ. P. 6(b)(1) to enlarge the time
for defendants to answer, move, or otherwise plead to plaintiff's complaint.  Defendants
move for an additional sixty (60) days in which to answer, move, or otherwise plead in
response to the complaint.

As grounds for this motion, defendants assert that the Internal Revenue Service
has been unable to assemble and analyze the relevant records, and advise the
Department of Justice as to defense of this case within the time period provided by the
Freedom of Information Act.  These grounds are more fully explained in a
memorandum of points and authorities accompanying this motion.

The specific relief sought by this motion is an order enlarging the time for defendants to serve an answer, motion, or to other responsive pleading to the complaint by sixty (60) days, to and including May 26, 2006.

DATE: March 17, 2006.

Respectfully submitted,

/s/ Pat Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1598073.1