IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENE HINOJOSA & <br> DEANNA HINOJOSA <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF TREASURY <br> INTERNAL REVENUE SERVICE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 1:06-cv-00215 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Having considered defendants' motion for enlargement of time in which to answer, move, or otherwise plead, together with the memorandum in support thereof, and any opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant, the United States, shall have an additional sixty (60) days until May 26, 2006, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1598498.1

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Rene Hinojosa
Deanna Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

1598498.1