IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENE HINOJOSA & <br> DEANNA HINOJOSA <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF TREASURY <br> INTERNAL REVENUE SERVICE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:06-cv-00215 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, and a proposed ORDER were served upon plaintiffs on March 17, 2006 by depositing copies in the United States mail, postage prepaid, addressed as follows:

Rene Hinojosa
Deanna Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

                    /s/ Pat Genis
                    PAT S. GENIS

1597413.1