IN THE UNITED STATES DISTRICT COURT FOR THE
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RENE H. & DEANNA G. HINOJOSA | ) | No. 06-cv-215 (JDB) |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF TREASURY and | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

DEFENDANTS move under Fed. R. Civ. P. 56, for summary judgment against plaintiffs. As grounds for this motion, defendants submit that there is no genuine issue as to any material fact and defendants are entitled to judgment as a matter of law.

A memorandum of points and authorities in support of this motion, a statement of material facts, the declaration of John Rodriguez, and a proposed order are submitted herewith.

Dated: May 26, 2006.

Respectfully submitted,

 /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone/Fax:  (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on May 26, 2006, the UNITED STATES' MOTION FOR SUMMARY JUDGMENT was placed in the United States mail, postage prepaid, and properly addressed to the following:

> Rene H. Hinojosa
> Deanna G. Hinojosa
> Plaintiffs *pro se*
> P.O. Box 756
> Rio Hondo, TX 78583

/s/   Pat Genis
PAT S. GENIS