IN THE UNITED STATES DISTRICT COURT FOR THE
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RENE H. & DEANNA G. HINOJOSA | ) | No. 06-cv-215 (JDB) |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF TREASURY and | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 56.1(a) STATEMENT OF MATERIAL FACTS

Defendants submits this statement of material facts in support of its motion for summary judgment.

1. Plaintiffs, Rene H. & Deanna G. Hinojosa filed this complaint on February 6, 2006.

2. They allege that they filed a request under the Freedom of Information Act (FOIA), seeking "specific records to be provided pursuant to the above Acts on Congress and the Systems of Records in which such records were presumed to be." (Comp. at 3.)

3. Plaintiffs allege that the "Department of Treasury and the Internal Revenue Service acknowledged receipt of each such request, and communicated its intent to refuse to produce the requested records on the basis that, 'Your request did not meet the requirements as checked on the attached Form of Request Outline.'"  (Compl. at 3.)

4. Plaintiffs allege that "all requirements were met."  (Compl. at 3.)

5. Plaintiffs allege that they repeated their request, and were again denied access to the records. (Compl. at 3.)

6. Plaintiffs' complaint does not provide any further information identifying the correspondence between them and the Internal Revenue Service.

7. Plaintiffs also did not attach a copy of any of the correspondence referenced in the complaint.

8. In response to plaintiffs' complaint the Internal Revenue Service searched its files using plaintiffs' names in an effort to identify the FOIA requests described in the complaint. (Declaration of John Rodriguez, ¶¶ 4 & 5.)

9. The Internal Revenue Service also searched its files using plaintiffs' social security numbers. (Rodriguez decl., ¶¶ 6 & 7.)

10. The Internal Revenue Service found no FOIA requests made on behalf of plaintiff Deanna Hinojosa. (Rodriguez decl., ¶ 8.)

11. The Internal Revenue Service located 32 FOIA requests made on behalf of plaintiff Rene Hinojosa. (Rodriguez decl., ¶ 9.)

12.     The Internal Revenue Service records indicated that, of the 32 FOIA requests made on behalf of plaintiff Rene Hinojosa, 3 cases were closed because no responsive records existed; 3 cases were closed after full or partial denial of records; and 26 were closed because of imperfect requests.  (Rodriguez decl., ¶ 11.)

Dated: May 26, 2006.

                                Respectfully submitted,

                                /s/ Pat S. Genis
                                PAT S. GENIS, #446244
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 227
                                Washington, DC  20044
                                Telephone/Fax:  (202) 307-6390/514-6866
                                Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on May 26, 2006, DEFENDANTS' STATEMENT OF MATERIAL FACTS and DECLARATION OF JOHN RODRIGUEZ was placed in the United States mail, postage prepaid, and properly addressed to the following:

>Rene H. Hinojosa
>Deanna G. Hinojosa
>Plaintiffs *pro se*
>P.O. Box 756
>Rio Hondo, TX 78583

>/s/   Pat Genis
>PAT S. GENIS