IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HINOJOSA, ET AL. ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ET. AL. ) <br> ) <br> Defendants. ) | Case No. 1:06CV00215 (JDB) |

**DECLARATION OF JOHN RODRIGUEZ**

I, John Rodriguez, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Disclosure Specialist at the Internal Revenue Service's ("Service") Disclosure Office located in Austin, Texas ("Disclosure Office"). I have been a Disclosure Specialist since 1994 and have worked Freedom of Information Act requests since that time. I have been employed by the Service in various positions for approximately 30 years.

2. My responsibilities as a Senior Disclosure Specialist include processing Freedom of Information Act ("FOIA") and Privacy Act ("PA") requests sent to the Austin Disclosure Office. The processing of FOIA and PA requests includes determining whether the request complies with applicable regulations, evaluating the request to determine whether the requested records fall under the jurisdiction of the Austin Disclosure Office, directing and coordinating searches for responsive documents, reviewing responsive documents for applicable FOIA/PA exemptions and other discretionary disclosure provisions, and preparing correspondence and final responses

-2-

to requesters. My duties require knowledge of Service regulations and procedures governing requests for information, as well as knowledge of Service institutional practices, the roles of various functions within the Service, and types of records maintained in each function.

3. On or about March 8, 2006, I was contacted by Joel McMahan, an attorney with the Service's Office of Chief Counsel, assigned to the Office of the Assistant Chief Counsel (Disclosure and Privacy Law). Mr. McMahan asked me whether this office had received any FOIA requests filed by, or on behalf of, Plaintiffs Rene Hinojosa or Deanna Hinojosa which may correlate to the allegations set forth in Plaintiffs' Complaint.

4. In response to Mr. McMahan's request, I searched the Service's Electronic Disclosure Information Management System ("EDIMS")[1] for the past six years using the taxpayers' last name to determine whether any FOIA requests had been filed by, or on behalf of, the Plaintiffs.

5. Additionally, I reviewed the Service's Internal Data Retrieval System ("IDRS") for information pertaining to taxpayers named "Rene Hinojosa" or "Deanna Hinojosa." IDRS is a computerized information system that provides Service employees with access to certain taxpayer information. Service employees with access to IDRS can research the social security numbers ("SSN") of taxpayers using taxpayer's names.

6. My IDRS search revealed social security numbers for both Rene Hinojosa and Deanna Hinojosa. With this information, I searched EDIMS by social security

---

[1] EDIMS is a computerized nationwide information system for inventory control and casework management of disclosure requests made to the Service's disclosure offices. All FOIA/Privacy Act requests submitted to the Service since October 1, 1997, are documented in EDIMS. EDIMS is used, among other things, to record actions taken by disclosure office employees in processing disclosure requests assigned to them. EDIMS is networked to other Service Disclosure Offices, allowing Service employees to ascertain whether other requests for the same information have been filed by the requester. EDIMS allows Service employees to search recorded entries of paper files containing copies of the original request letters, any documents responsive to the requests, and any correspondence between the Service and a requester, nationwide.

-3-

number to confirm that I had retrieved all available information regarding FOIA requests submitted by, or on behalf of, Rene and Deanna Hinojosa.

7. Additionally, having noticed from my EDIMS name search that one of the requests submitted by Rene Hinojosa contained an inversed number combination in his SSN, I searched the inversed SSN to ensure that I had retrieved all available information with respect to requests submitted by Rene Hinojosa.

8. My search revealed no separate FOIA requests submitted by, or on behalf of, Deanna Hinojosa; however, it is possible that joint requests submitted by, or on behalf of, both Rene and Deanna Hinojosa were recorded in the database under the name of the first-listed requester.

9. My EDIMS search revealed that 32 separate FOIA requests had been submitted by, or on behalf of, Rene Hinojosa on various dates since May, 2003.

10. Having reviewed the EDIMS reports, I was able to determine that the dispositions of the 32 cases were as follows: 3 cases were closed because no responsive records existed; 1 case was closed after a partial denial of records; 2 cases were closed after full denials of records because the requested records were exempt from disclosure; 26 cases were closed because of imperfect requests.

11. Because Mr. McMahan was unable to provide a specific request date, or explain the information being sought by the Plaintiffs, I was unable to determine whether any of the submitted requests relate to the present lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the ___6th___ day of ___April___, 2006, in Austin, Texas.

*John Rodriguez*
John Rodriguez, Disclosure Specialist
Internal Revenue Service
Disclosure Office (Austin Campus)
3651 S Interregional
Austin, TX 78741