IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENE HINOJOSA & <br> DEANNA HINOJOSA <br><br>     Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF TREASURY <br> INTERNAL REVENUE SERVICE <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:06-cv-00215 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

Having considered defendants' motion for summary judgment together with the memorandum in support thereof, and any opposition thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2006, at Washington, D.C.

ORDERED that defendants' motion for summary judgment be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

 

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Rene Hinojosa
Deanna Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the proposed ORDER was served upon plaintiffs *pro se* on May 26, 2006, by placing a copy in the United States' mail, postage prepaid, addressed as follows:

> Rene H. Hinojosa
> Deanna G. Hinojosa
> Plaintiffs *pro se*
> P.O. Box 756
> Rio Hondo, TX 78583

                /s/ Pat S. Genis
              PAT S. GENIS, #446244