UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RENE HINOJOSA and DEANNA HINOJOSA,

Plaintiffs,

v.

DEP'T OF TREASURY and INTERNAL REVENUE SERVICE,

Defendants.

Civil Action No. 06-215 (JDB)

FILED

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiffs Rene and Deanna Hinojosa filed this civil action against defendants Department of the Treasury and Internal Revenue Service on February 6, 2006. On April 20, 2006, and May 26, 2006, defendants filed their respective motions for summary judgment. Plaintiffs are representing themselves, pro se.

In Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), the Court of Appeals stated that the district court must inform pro se litigants that, on a motion for summary judgment, "any factual assertions in the movant's affidavits will be accepted by the district judge as being true unless [the opposing party] submits his own affidavits or other documentary evidence contradicting the assertion." Id. at 7 (quoting Lewis v. Faulkner, 689 F. 2d 100, 102 (7th Cir. 1982)). Under Rule

-1-

56(e) of the Federal Rules of Civil Procedure,

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify as to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleadings, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e). Thus, parties who, like plaintiffs, are adverse to a motion for summary judgment must rebut the moving party's affidavits with other affidavits or sworn statements; simple allegations that the moving party's affidavits are incorrect will not suffice. In this regard, a verified complaint shall serve as an affidavit.

Accordingly, plaintiffs are hereby advised that they must respond to defendants' previously filed motions within fourteen days of the date of this order, by not later than June 30, 2006. If plaintiffs do not respond, the Court will treat the motions as conceded and dismiss the complaint.

**SO ORDERED.**

/s/    John D. Bates

JOHN D. BATES
United States District Judge

Dated:  June 15, 2006

*Copies to:*

Rene Hinojosa
P. O. Box 756

Rio Hondo, TX 78583

Deanna Hinojosa
P. O. Box 756
Rio Hondo, TX 78583
    *Pro se plaintiffs*

Pat S. Genis
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6390
Fax: (202) 514-6866
Email: pat.genis@usdoj.gov
    *Counsel for defendants*