# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 2, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-0002

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) Requester.

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS:**

**BACKGROUND:** 23C Summary Record of Assessment and RACS-006: 26 CFR Part 301.6203-1 Method of assessment requires: "*The assessment shall be made by an assessment officer signing the summary record of assessment. If the taxpayer requests a copy of the record of assessment, he shall be furnished a copy of the pertinent parts of the assessment which set forth the name of the taxpayer, the date of assessment, the character of the liability assessed, the taxable period, if applicable, and the amounts assessed.*" (See Exhibit A)

* Please note, Requester is already in possession of, and **NOT** requesting the IMF Literal, Specific or Complete transcripts, for these documents **DO NOT** bear the signature of the officer responsible for assessing the specific tax liability that allegedly pertains to Requester.

* Your lack of production of the requested documents, records and/or transcripts is an admittance that **NO ASSESSMENTS** have been made for the years in question.

FOIA # 0-2
26 CFR Part 301.6203-1, 23C, RACS-006

Page 1 of 2
Notary Acknowledgement on page two

2. **Please send Requester** copies of all documents, records and/or transcripts maintained in the system of records identified as the *23C Summary Records of Assessment signed by an assessment officer* specific to Requester with assigned Treasury Account number 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. (See Exhibit A)

3. **Please send Requester** copies of all documents, records and/or transcripts maintained in the system of records identified as the *RACS-006 Record of Assessment signed by an assessment officer* specific to Requester with assigned Treasury Account number 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. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." **You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.**

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene A. Hinojosa_

County of _Cameron_ )
) ss
State of _Texas_ )

On this _5_ day of _April_, 2005, _Rene A. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

[Notary Seal: LISA GARZA, MY COMMISSION EXPIRES December 13, 2006]

Signature of Notary Public

My Commission Expires: _12-13-06_



(7) The Assessment "23C" date will ordinarily be the Monday of the 2nd week following the week in which these transactions are processed and posted to the IMF Accounts, unless otherwise designated by Accounts Division in appropriate publications.

(8) When notices are to be sent to taxpayers that are identified as Spanish speaking District Office (DO) 66 and mail filing requirement of "7" the Computer Paragraph Number is in the 700 series.

(9) Extracts of IMF Accounts are not permitted when the extracts may be used outside of IRS, unless the Privacy Act or the Freedom of Information Act is utilized.

(10) Do not generate Check Digit for Accounts posted to the Invalid Segment.

(11) The term "Module Balance" as used throughout this Section is the algebraic sum of posted and assessed transactions excluding interest transactions.

(12) The term "Net Module Balance" is the algebraic sum of Assessed Transactions and consists of Module Balance, Interest Assessed and Interest Paid.

(13) The term "Total Balance" is the algebraic sum of "Module Balance," Accrued Failure to Pay Penalty (Total Penalty less Assessed Penalty) and Total Interest (Assessed Interest plus Accrued) and Interest Paid.

(14) Service Center Codes supersede Region Code. Generate the Service Center Code from the governing District Offices Code.

(15) When prescribed transactions post to a tax module, or a tax module must be analyzed for a scheduled action, compute interest, Failure-to-Pay-Penalty and/or delinquency penalty as required. Assess interest, assess Failure-to-Pay-Penalty when applicable, and assess delinquency penalty as prescribed in subsequent sub-sections. When interest and Failure-to-Pay-Penalty computations are made and not assessed, accrue the amounts of each computation.

(16) Non-Compute 1040—the input return record sent to MCC will contain a "Non-Compute" code of "2". MCC will determine if the return was timely filed; if not timely the non-compute code will be changed to a "1". Code "2" indicates special processing.

(17) Bypass normal processing, opening of modules, UPC, etc. when encountering Political Checkoff and IRA input "dummy" returns.

### 30(55)4.2 (1-1-95)
### Types of Transcripts

(1) SPECIFIC
(2) OPEN
(3) COMPLETE
(4) ENTITY
(5) STEX (B Freeze)
(6) RFND LIT (TC 520)
(7) REFUND (TC 846)
(8) REFUND-E (TC 846)
(9) $1,000,000 Refund Transcript
(10) TDI-REFUND
(11) Refund-S (TC 846)
(12) TRANS-844 (TC 844)
(13) LITIGATION (TC 520)
(14) EXES-TC 840

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 3 |

# Assessment Certificate
## Summary Record of Assessments

Regular (RE)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Service center | | | | 2. Date | | | | |
| Ogden Service Center | | | | 10-09-89 | | | | |
| 3. Prepared by | | | | 4. Number | | | | |
| Mary G. Heaps | | | | 00000 / A | | | | |

| Class of Tax | Current Assessments | | | | Deficiency and Additional Assessments (Resulting From Regular Audit Examination) | | | | Total Assessments |
|---|---|---|---|---|---|---|---|---|---|
| | Tax | Penalty | Interest | No. of items | Tax | Penalty | Interest | No. of items | |
| Withheld individual income and FICA | 344,373,300.58 | | 1,425,328.31 | | 356,196.21 | | 90,236.45 | 140 | 346,025,313.50 |
| Individual income–other | 4,819,303.27 | | 65,499.62 | | 91,893.97 | | 16,280.24 | 46 | 4,992,977.10 |
| Corporation income and excess profits | 35,394,033.97 | | 432,368.55 | | 1,767,130.45 | | 368,694.85 | 113 | 38,012,227.82 |
| Excise | 51,156,338.73 | | 97,622.05 | | 436,614.72 | | 50,362.04 | 72 | 51,771,137.59 |
| Estate and gift | 11,026,903.65 | | 647,023.04 | | 355,928.76 | | 36,007.96 | 19 | 12,067,853.48 |
| Tax on carriers and their employees | | | | | | | | | |
| Federal unemployment tax act | 791,681.60 | | 103,053.74 | | 20,714.76 | | 4,291.75 | 36 | 921,803.87 |
| **Total Assessments** | 447,373,641.72 | | 2,821,107.40 | | 3,028,538.93 | | 568,035.31 | 428 | 453,791,328.36 |

5. Jeopardy Assessments Against Principal Taxpayers
(included in the assessments above)

Number of principal taxpayers: [blank]
Total assessed against principal taxpayers: [blank]

6. Prepared From Accounting Input Reconciliation Sheets

| Date and Number | Through | Date and Number |
|---|---|---|
| 10-09-89 | | |
| RS 0019 | | |
| Service Center Recap | | |
| BMF 8039 | | |

7. Date: October 6, 1989

### Certification

I certify that the taxes, penalties, and interest of the above classification, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect thereto may indicate to be proper.

8. Signature (for service center/district director of Internal Revenue)

[signature] 
With Verified MR

Assessment Officer

Form 23C (Rev. 10-87)   Dispose of all prior forms   ☆ U.S. GPO: 1988-201-056/62003   Department of the Treasury – Internal Revenue Service

EXHIBIT A  PAGE 2 of 3

```
RACS Report-006          Summary Record of Assessments                    Page: 2
                                                                          05/23/97
                                       FRESNO                             15:37:00

Certificate Number  131997052603   Assessment Type      Assessment Date
                                      Regular              052697

                              Tax Class Summary

Tax Class           Items                    Amount
WITHHOLDING         47831            1,309,342,472.03
INDIVIDUAL         118508            2,813,800,890.40
CORPORATION          1982              318,862,582.91
EXCISE                455              876,279.85
ESTATE & GIFT         439              104,301,025.44
CTA                     0                        0.00
FUTA                 2903                5,930,790.83

Principal Taxpayers And Amounts     Number         Amount
Related to Jeopardy Assessments          0           0.00

Certification
-------------
     I certify that the taxes, penalty, and interest of the
above classifications, hereby assessed, are specified
in supporting records, subject to such corrections as
subsequent inquiries and determinations in respect thereto
may indicate to be proper.

Signature (For Service Center Director of Internal Revenue Service)

                        [signature] Date 5/26/97 1:06 P.M.
                        Assessment Officer
```

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 3 | 3 |

JAN. 5. 2005  2:22PM    NO. 356  P. 15/22