# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 5, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-0005

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) Requester;

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS:**

**BACKGROUND; IR Manual page 35(65)0-6(2.2) identifies Form 4340, Certificate of Assessments and Payments – Form 4340 is used** when formal certification is required: (a) for Non-Master File accounts (b) transcripts used as evidence in a court proceeding, or (c) urgent request when time does not permit obtaining a computer transcript on master file account. *"Generally, courts have held that Form 4340 provides at least presumptive evidence that a tax has been validly assessed under section 6203."* Huff v. United States, 10 F.3d 1440. 1445, (9th Cir, 1993) *"Certificate of Assessment and Payments are routinely used to prove that tax assessment has in fact been made."* Gutheris v. Sawyer, 970 F.2d 733, 737 (10th Cir, 1992) (See Exhibit A)

- Please note, Requester is already in possession of, and **NOT** requesting the IMF Literal, Specific or Complete transcripts: nor the RACS 006 or 23 Summary Record of Assessment, for these documents **DO NOT** bear the signature of the officer responsible for assessing the specific tax liability that allegedly pertains to Requester.

- Your lack of production of the requested forms and/or documents is an admittance that **NO ASSESSMENTS** have been made for the years in question.

1. **Please send Requester** copies of all documents, records and/or transcripts identified as **Form 4340, Certificate of Assessments and Payments,** which pertains to Requester assigned Treasury Account number 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. (see Exhibit A)

2. **Please send Requester** copies of all documents, records and/or transcripts identified as **Form 4340, Certificate of Assessments and Payments,** *signed by the assessment officer,* which pertains to Requester assigned Treasury Account number 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. (See Exhibit A)

3. **Please send Requester** copies of all documents, records and/or transcripts identified as **Form 4340, Certificate of Assessments and Payments,** *bearing the title of the assessment officer who signed the assessment,* which pertains to Requester assigned Treasury Account number 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. (see Exhibit A)

4. **Please send Requester** copies of all documents, records and/or transcripts identified as **Form 4340, Certificate of Assessments and Payments,** *bearing the Delegation Order applicable to the assessment,* which pertains to Requester assigned Treasury Account number 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. (see Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." **You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.**

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

County of Cameron   )
                    ) ss
State of Taylor     )

Signature of Requester, _Rene H. Hinojosa_

On this 5 day of April, 2005, _Rene H. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

Signature of Notary Public

My Commission Expires: 12-13-06

FOIA # 0-5
IRS Form 4340-Certificate of Assessments and Payments

Page 2 of 2
Notary Acknowledgement on page two

(a) When the transcript is received determine the service center control.
    1 The service center control is determined as follows:
      a Primary Location Codes,
      b TDA Location Codes,
      c tax period in TDA status,
      d control DLN, file location code,
      e TC 910–919 (Criminal Investigation), and
      f TC 420 (Examination)
    2 If there is Criminal Investigation or Examination control, the service center or district office controlling the case should do the certification.
    3 If there is TDA control, the service center or district office controlling the case should do the certification.

(b) If the primary location code is not for your service center and the tax period is not in TDA or Criminal Investigation or Examination, the certification can be done. However, contact the other service center to determine if it is under IDRS control.
    1 If it is under IDRS control forward the certification case to that service center.
    2 If it is not under IDRS control go ahead and certify.

(c) In all cases, notify the requester when the certification request has been transferred.

(4) The certification will state "I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified, is a true and complete transcript for the period stated, *of all assessments, penalties, interest, abatements, credits, refunds and advance or unidentified payments relating* thereto as disclosed by the records of this office as of the date of this certification." This certification statement was changed based on Chief Counsel recommendation dated May 14, 1992.

(5) The certification must be dated and signed by the Service Center Director, District Director or their delegate.

### 35(65)2.2 (1-1-96)
### Form 4340, Certificate of Assessments and Payments

(1) Form 4340 is used when formal certification is required:
  (a) for Non-Master File accounts, or
  (b) when the transcript is to be used as evidence in court, or
  (c) for urgent request when time does not permit obtaining a computer transcript on master file accounts.

(2) The Form 4340 will be prepared and certified by using:
  (a) IDRS data if available; or
  (b) requesting a transcript from the master file using command code MFTRA; or
  (c) microfilm data if the account has been moved to Retention.

### 35(65)2.3 (1-1-96)
### Preparation of Form 4340

(1) Transcribe the following data from IDRS, master file transcripts, retention register, or Non-MF-Accounts as follows:
  (a) Enter only valid assessments (TC 150, 29X, 30X).
  (b) Enter only valid payments (TC 6XX).
  (c) Enter only valid credits (TC 7XX, 8XX)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

KAREN                                                    EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

BALANCE        41,628.58

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: *Barbara J Walker*
PRINT NAME: Barbara J. Walker
TITLE: Mgr Data Control Team
DELEGATION ORDER: 5.6 (Rev. 8)

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 11/04/2004

FORM 4340  (REV. 01-2002)                         PAGE     4

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 2 | 6 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 75,733.00 | | | |
| | TAXABLE INCOME 68,683.00 | | | |
| | SELF EMPLOYMENT TAX 11,180.00 | | | |
| 07-18-2002 | SUBSTITUTE FOR RETURN 29210-208-26615-2 | | 0.00 | 08-26-2002 |
| 04-18-1999 | ESTIMATED TAX DECLARATION | | 600.00 | |
| 06-16-1999 | ESTIMATED TAX DECLARATION | | 400.00 | |
| 09-16-1999 | ESTIMATED TAX DECLARATION | | 900.00 | |
| ‑-30-1999 | ESTIMATED TAX DECLARATION | | 3,500.00 | |
| 04-15-2000 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2000 | | | |
| 08-17-2000 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2000 | | | |
| 10-01-2002 | ADVANCE PAYMENT OF DEFICIENCY | | 100.00 | |
| | ESTIMATED TAX PENALTY 200350 | 1,318.68 | | 12-22-2003 |
| | LATE FILING PENALTY 200350 | 6,130.80 | | 12-22-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-732-00029-3   200350 | 27,248.00 | | 12-22-2003 |

ORM 4340  (REV. 01-2002)              PAGE     1

EXHIBIT  PAGE   of
A         3     6



# United States of America

Department of the Treasury
Internal Revenue Service

Date: JAN 0 7 2005

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an original Certificate of Assessments and Payments, with respect to SSN         Form 1040, U.S. Individual Income Tax Return, for the tax periods 199912, 200012, 200112, consisting of eleven pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year above written.

By direction of the Secretary of the Treasury:

For the Secretary

Hugh Davis, Jr.
Director, Memphis Submission Processing Center
Memphis Campus            Memphis, Tennessee

Catalog Number 19002E

EXHIBIT: A   PAGE: 4   of 6

Form 2866(Rev. 12-92)

### Form 4340—Certificate of Assessments and Payments

*Name of Taxpayer* — Enter the name exactly as shown on the records from which the certification was prepared.

*Address* — Insert the address as listed on the request.

*EIN or SSN* — Enter the number as shown on the records from which the certification was prepared.

> NOTE: If the name and/or EIN or SSN on record is different from that which is shown on the request, note and flag the request form (to be returned with the certification to the requester) that Name and/or EIN/SSN on record is not the same as shown on the request.

Column "(a)" — *Date:* Show the received date of a return or a remittance, the schedule date of a credit, refund or abatement, the first notice date, TDA issuance date (First notice date and TDA issuance date are not available on microfilm data). Enter all transaction dates except 23C date.

Column "(b)" — *Explanation of Transactions:* Record in this column a brief and clear explanation of each transaction, but no symbols or abbreviations may be used on Certified Form 4340, e.g., *full-paid returns* (indicates a return with remittance to cover the total amount due), *even return* (indicates a return in which payments, prepayment, estimated or withholding equals the total tax liability), *audit deficiency* (indicates a deficiency established by a revenue agent or office auditor).

Amounts and transaction explanations for amounts written off as uncollectible will *not* be shown on Certified Forms 4340.

Include an explanation for accrued interest and penalty.

Column "(c)" — *Assessment and Abatement:* Enter in this column the amounts of all assessments (tax, penalties, interest, etc.) against the taxpayer. Abatement of any assessment will also be shown in this column and the amount identified as a minus by enclosing the entry in brackets. For Non-Master File accounts, estimated tax debits will be shown only to the extent of the amount assessed, which will be equal to an amount paid or credited to the account.

Column "(d)" — *Credit and Credit Reversal:* Show the amounts of all payments and credits (not abatements) applied to reduce the taxpayer's liability. Also enter amounts of credit reversals, refunds, etc.

Column "(e)" — *Balance:* Show the amount due from the taxpayer (Column c minus d). Show amounts for accrued interest and penalty followed by an amount for total module balance. Credit balance due the taxpayer will be identified by the symbol "CR" immediately after the amount and enclosing the entry in brackets.

Column "(f)" — *DLN or Account Number:* Show the complete Document Locator Number or Account Number. This entry is optional.

Column "(g)" — *23C Date:* Enter date of each assessment.

Column "(h)" — *Period Ending:* Show the taxable year or quarter, e.g., 9112 (tax period ending 12-31-91) 9206 (quarterly tax period ending June 30, 1992).

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 5 | 6 |

Transcripts | I R Manual

Exhibit 35(65)0–7

Form 4340—Certificate of Assessments and Payments

