# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 8, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-0009

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) Requester.

This request pertains to the years 1994 through 2004.

THIS IS A REQUEST FOR DOCUMENTS:

1. **BACKGROUND: IRS Letter 978, Letter 979 -- 26 CFR § 1.6001-1(d)** *Notice by district director requiring returns, statements, or the keeping of records.* **The district director may require any person, by notice served upon him, to make such returns, render such statements, or keep such specific records…,** (See Exhibit A)

2. **Please send Requester** copies of all documents, records and/or transcripts identified as **IRS Letter 978** and/or **Letter 979** served by the district director making Requester liable by such "**notices served**," requiring the keeping of records, statements and/or special returns as it pertains to the assigned Treasury Account number 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, as referenced in paragraph one (1) above.

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." **You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.**

FOIA # 0-9  
IRS Letter 978, 979 -- 26 USC 6001

Page 1 of 2  
Notary Acknowledgement on page two

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _____

County of _Cameron_ )
                     ) ss
State of _Texas_     )

On this _5_ day of _April_, 2005, _Rene A. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument.

Witness my hand and official seal:

_____
Signature of Notary Public

My Commission Expires: _12-13-06_

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

FOIA # 0-9
IRS Letter 978, 979 -- 26 USC 6001

Page 2 of 2
Notary Acknowledgement on page two