# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 9, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-0011

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) Requester.

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS:**

1. **Please send Requester** copies of all documents, records and/or transcripts maintained in the system of records identified as Debtors Master File (DMF), - Treasury/IRS 24.070, which pertain to Requester with the assigned Treasury Account number 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. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." **_You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing._**

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene A. Hinojosa_

County of _Cameron_ )
) ss
State of _Texas_ )

On this _5_ day of _April_, 2005, _Rene A. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

Signature of Notary Public

My Commission Expires: _12-13-06_

appear not to have declared all taxable income paid to them in the tax year under study.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSE OF SUCH USES:
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Magnetic media.

RETRIEVABILITY:
By matching social security number and name control.

SAFEGUARDS:
Access controls will not be less than those provided by the Automated Information System Security Handbook, IRM 2(10)00.

RETENTION AND DISPOSAL:
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 through IRM 1.15.2.31. Generally, records are retained for one year and then magnetically erased.

SYSTEM MANAGER(S) AND ADDRESS:
Official prescribing policies and practices—Executive Officer for Customer Service, National Office. Officials maintaining the system—Internal Revenue Service Center/Campus Directors. (See IRS appendix A for addresses.)

NOTIFICATION PROCEDURE:
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

RECORD ACCESS PROCEDURES:
This system of records may not be accessed for purpose of inspection or for contest of content of records.

CONTESTING RECORD PROCEDURES:
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

RECORD SOURCE CATEGORIES:
Information returns filed by payers and Forms 1040, 1040A, and 1040EZ.

EXEMPTIONS CLAIMED FOR THE SYSTEM:
This system has been designated as exempt from certain provisions of the Privacy Act.

Treasury/IRS 24.070

SYSTEM NAME:
Debtor Master File (DMF)—Treasury/IRS.

SYSTEM LOCATION:
Martinsburg Computing Center, Martinsburg, West Virginia 25401.

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
Individuals who have delinquent obligations to a Federal or State agency.

CATEGORIES OF RECORDS IN THE SYSTEM:
Entity records (names and social security numbers), the amount owed by the individual, the name of the Federal or State agency to whom the debt is owed and a cross-reference number (SSN) of the spouse in the case of a jointly filed return.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
5 U.S.C. 301; 26 U.S.C. 6305, 6402(c) and 6402(d); 31 U.S.C. 3720A.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

POLICIES AND PROCEDURES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Magnetic tape and disk file.

RETRIEVABILITY:
By name, address, and social security number.

SAFEGUARDS:
Access controls will not be less than those provided by the Automated Information System Security Handbook, IRM 2(10)00.

RETENTION AND DISPOSAL:
The information is kept for one year and then destroyed. A new Debtor Master File is established each year.

SYSTEM MANAGER(S) AND ADDRESS:
Officials prescribing policies and practices—Commissioner (Wage and Investment and Small Business Self Employeds) and Commissioner (Information Systems Management). Officials maintaining the system-Director, Submission Processing Division. (See IRS appendix A for addresses.)

NOTIFICATION PROCEDURE:
Individuals seeking to determine if this system of records contains a record pertaining to themselves may inquire in accordance with instructions appearing at 31 CFR part I, subpart C, appendix B. Inquiries should be addressed as in "Record access procedures" below.

RECORD ACCESS PROCEDURES:
Individuals seeking access to any record contained in this system of records may inquire in accordance with instructions appearing at 31 CFR part 1, subpart C, appendix B. Inquiries should be addressed to the Area Director or the Internal Revenue Service Center Director servicing the area in which the individual resides. (See IRS appendix A for addresses.)

CONTESTING RECORD PROCEDURES:
Individuals seeking to contest any record contained in this system of records must contact the agency to whom the debt is owed.

RECORD SOURCE CATEGORIES:
Names, SSNs, and obligation amounts are supplied by the Federal or state agency to whom the delinquent obligation is owed.

EXEMPTIONS CLAIMED FOR THE SYSTEM:
None.

Treasury/IRS 26.001

SYSTEM NAME:
Acquired Property Records-Treasury/IRS.

SYSTEM LOCATION:
Area Offices. (See IRS appendix A for addresses.)

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
Delinquent taxpayers whose property has been acquired by purchase by government or right of redemption.

CATEGORIES OF RECORDS IN THE SYSTEM:
Taxpayer name, address, taxpayer identification number, revenue officer reports.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
5 U.S.C. 301; 26 U.S.C. 7801 and 7802.

PURPOSE(S):
The system tracks property acquired under Internal Revenue Code section 6334 to provide fiscal accountability.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

POLICIES AND PROCEDURES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Paper records and magnetic media.

RETRIEVABILITY:
By taxpayer name, taxpayer identification number (social security



Exhibit A

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 4 |

Discrepancy Notice is issued. However, if the remaining excess prepayments posted are equal to the tolerance or more, they are frozen to make credits available for transfer when claimed by a spouse. The freeze is not imposed if there is an indication that a claim on these excess credits cannot be made or will not be made by a spouse. The claimed overpayment is refunded manually.

(4) If ES Credits Claimed exceed ES Credits Posted by the tolerance amount or more and either Return or ES Declaration contains a spouse's SSN search the DMF for the spouse's SSN and if found, generate a resequence record under TC 667. The module is frozen from settlement, refund, offset-in and offset-out until a transaction (TC 666) credits the module for the excess ES Credit Claimed or a TC 666 with a zero amount. A non-joint return is coded to take credits from the spouse's module ONLY if joint credits are available. If no secondary SSN is on the return or ES Declaration, the return is settled with credits posted and an estimate tax discrepancy notice is issued.

(5) An ES Credit Transferred-In (TC 666) is always sent back to the original account whether or not the spouse's account is found and whether or not credits were transferred.

### 30(55)6.(11) (1-1-96)
### Debtor Master File (DMF)

(1) The DMF will be initialized for the valid segment:

(a) At conversion when there is an ES credit present in a module and there is either a return present with the Excess ES Credits freeze or no return present;

(b) Weekly by issuance of an update record whenever an ES credit posts to a module (excluding current year plus one) with no return present. Do not issue an update record if the DMF has already been initialized for that account or if the module balance is not credit.

(2) Issue a weekly delete record to DMF when all modules within the account that meet the conditions in (1) above have:

(a) TC 150 posted without the Excess ES Credit freeze and/or,
(b) TC 667 posted or attempting to post.
(c) TC 026 posts.

### 30(55)6.(12) (1-1-96)
### Failure to Pay Penalty

(1) These requirements are criteria for computing or recomputing of a failure to pay penalty. This penalty is applied where there is an unpaid tax liability as the result of a return posting or a deficiency adjustment posting, and there is no exclusion for failure to pay. NOTE: Effective 8601 and subsequent, FTP and Delinquency will be assessed concurrently. Prior to this change FTP was not computed for any month during which Delinquency Penalty had been charged unless Minimum Delinquency had been assessed.

(a) START DATE—This date indicates the penalty month and its beginning date. It normally will be return due date or extended return due date. However it may under certain circumstances be the notice date. Delinquent returns, timely filed returns, extended returns, transferred returns and deficiency adjustments are analyzed in detail for this determination.

EXHIBIT A  PAGE 2  of 4

I R Manual
36(64)3.(21)

Master Files Accounts Maintenance

### 36(64)3.(21) (1-1-96)
### Filing Requirement Check

(1) When researching an account without a return, before initiating correspondence, check the filing requirements on IDRS. If the taxpayer is not liable for filing a return for that tax period, do not attempt to secure a return. If the taxpayer submits a return, route it to Entity Control to establish the filing requirements before input of the document.

(2) If research indicates filing requirements on the transcript module have been deleted (e.g., Filing Requirement Code (FR) 03 or 51 on Form 941), and there are outstanding balances (OBL's) on other modules that exceed the credit available, then transfer credit(s) to satisfy the oldest OBL's first.

(3) If the credit(s) on the transcript module exceeds the OBL's on other modules, then correspond with the taxpayer for information about the excess credit before applying to OBL's.

(4) Refer to IRM 5400 for additional information on the Service Center Delinquency Program.

### 36(64)3.(22) (1-1-96)
### Taxpayer No Longer Liable to File Return

(1) There are instances where the taxpayer is no longer liable to file a return. The Entity may indicate filing requirements have been deleted, correspondence received from the T/P states he/she is no longer liable, etc.

(2) If it is determined that the taxpayer is no longer liable to file a return, and information is available indicating that a refund is due, then
  (a) BMF ONLY—a manual refund may be issued. To prevent the generation of or the correction of an "—X" freeze, A TC 59X *MUST be input in the next cycle after the balance has been resolved.*
  (b) IMF ONLY—a dummy return must be input.

### 36(64)3.(23) (1-1-96)
### Cases with TC 130—99, Debtor Master File

(1) These instructions apply to AMRH cases with a V–freeze, TC130, Closing Code 99, indicating a Debtor Master File (DMF) liability.

(2) DMF cases that require forwarding to Service Center Tax Accounts Division are:
  (a) Unresolved Injured Spouse claims, identified by:
    1 Form 1040/1040A posted in 92 blocking series with TC 570 holding credits, or
    2 Form 1040/1040A in any blocking series with TC 570 holding credits, and TC 840 posted in 92 blocking series, or
    3 TC 896 followed by TC 977 (Form 1040X) posted in 92 or 93 blocking series, or
    4 TC 897 input with TC 290.00 and Hand Code 4.
    5 "E" Freeze cases indicating a TC 977 in the 92 or 93 blocking series without a posted TC 150.
  (b) Undeliverable and returned refund checks resulting from DMF Injured Spouse claims indicated by the posting of either:
    1 TC 897 with accompanying DMF agency/subagency codes, or
    2 TC 840 in the 92 blocking series.
  (c) Cases with a DMF V-Freeze requiring the issuance of a manual refund. Do not issue the manual refund.

EXHIBIT A   PAGE 3   of 4

5-1

## Section 5. Debtor Master File (DMF)

**1  Background**

The Debtor Master File (DMF) is a system created from the Debt Reduction Act of 1984. This legislation allows government agencies to identify to IRS, individuals that have liability (debt) to that Agency. Through contractual agreement, IRS reduces (offsets) the taxpayer's refund amount to the extent possible by the amount of liability certified by an Agency. Taxpayers are notified of the refund adjustment (CP47 or CP 149) and the appropriate agency is credited with the collection.

**2  Debtor Master File (DMF) Agency Codes.**

Reference IRM-3(15)(25A)0

Printed with Transaction Code 896 which debits the IMF and transfers the overpayment to the DMF for crediting to the corresponding agency. Offsets are also made from some BMF Form 1120 accounts.

*Note:* All Agency Codes will be shown with an accompanying Subagency Code.

An account certified for offset will be shown on ENMOD. It is possible to have multiple agency obligations with only one TC 130 on the account. In order to determine which agencies are certified for offset from the taxpayer account, an agency code will be shown with the TC 130 in the remarks section of the transcript. Multiple agency code will be separated by a dash.

Example:

| TC 130 | | | | |
|---|---|---|---|---|
| | AGY CD | | 01-02-04-05-17 | |
| | | OCSE | OCSE | VA   DE   N MES |
| | | | (Non-AFDC) | |

*Note:* Agency and Subagency codes may be researched using CC DMFOL or MFTRA, type G.

| Agency Code | Agency | Agency 1 Subagency Codes | Subagency Code |
|---|---|---|---|
| | | | IMF    BMF |
| 01 | Office of Child Support Enforcement—AFDC | | |
| | *All 50 States abbreviations, | | |
| | District of Columbia, | | DC |
| | Guam, | | GU |
| | Puerto Rico | | PR |
| | Virgin Islands | | VI |
| 02 | Office of Child Support Enforcement—Non-AFDC | | |
| | *All 50 States Abbreviations | | |

OFFICIAL USE ONLY



EXHIBIT  PAGE  of
   A       4    4

Internal Revenue Service                                         Department of the Treasury

Date:

**SAMPLE**

Social Security or
  Employer Identification Number:

Person to Contact:

Contact Telephone Number:

   Our review shows that you are not keeping adequate records to determine your correct Federal tax liability. The reasons why your records are not adequate are explained below.

   You are required by law to keep permanent records and supporting documents. Penalties may be charged for your not doing so. The applicable provisions of the Internal Revenue Code and Regulations are printed on the back of this letter.

   This letter is your official notice to keep complete records so your correct tax liability may be determined. The records you keep must show all of the following information:

   (1) The date and a description of each transaction you engaged in.

   (2) The date and amount of each item of gross income received.

   (3) A description of the nature of income received.

   (4) The date and amount of each payment you made.

   (5) The name and address of the payee.

   (6) A description of the nature of each payment.

   If your have any question, please contact the person whose name and telephone number are shown above.

                                                              Sincerely yours,

| EXHIBIT | PAGE | of |
|---------|------|----|
| A       | 1    | 6  |

(over)

Letter 978 (DO) (Rev. 2-87)
Cat. No. 40412G

## APPLICABLE PROVISIONS OF THE INTERNAL REVENUE CODE AND REGULATIONS

Section 6001 of the Internal Revenue Code provides as follows:

"Every person liable for any tax imposed by this title, or for the collection thereof, shall keep such records, render such statements, make such returns, and comply with such rules and regulations as the Secretary may from time to time prescribe. Whenever in the judgment of the Secretary it is necessary, he may require any person, by notice served upon such person or by regulations, to make such returns, render such statements, or keep such records, as the Secretary deems sufficient to show whether or not such person is liable for tax under this title."



Section 1.6001 - 1 (e) of the Regulations under the Internal Revenue Code provides as follows:

"(e) Retention of Records. - The books or records required by this section shall be kept at all times available for inspection by authorized Internal Revenue officers or employees, and shall be retained so long as the contents thereof may become material in the administration of any Internal Revenue law."

Section 7203 of the Internal Revenue Code provides as follows:

"Any person required under this title to pay any estimated tax or tax, or required by this title or by regulations made under authority thereof to make a return, keep any records, or supply any information, who willfully fails to pay such estimated tax or tax, make such return, keep such records, or supply such information, at the time or times required by law or regulations, shall in addition to other penalties provided by law, be guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $25,000 ($100,000 in the case of a corporation), or imprisoned not more than 1 year, or both, together with the costs of prosecution."

---

**ORIGINAL OR THIS NOTICE SERVED AS INDICATED**

| Taxpayer's name | Social Security or employer identification number |
|---|---|
|  |  |

Date (day, month, year) taxpayer was verbally told records were not adequate

| Agreement Form 2807 solicited<br>☐ Secured    ☐ Not Secured | Date solicited (day, month, year) |
|---|---|

| Original of this notice personally served on (name) | Date (day, month, year) |
|---|---|

Address where notice was served

| Signature of person serving notice | Title |
|---|---|

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 2 | 6 |

Letter 978 (DO) (Rev. 2-87)
Cat. No. 40412G

return for the taxable year including such December 31. The statement shall set forth the name, address, employer identification number, and taxable years of each of the other component members (including wholly owned subsidiaries) of the controlled group. Such other members shall attach a copy of the statement to their income tax returns for their taxable years including such December 31. An election plan adopted by a controlled group with respect to a particular December 31 shall be valid only for the taxable year of each member of the group which includes such December 31.

(3) Each component member of a controlled group which is a wholly owned subsidiary of such group with respect to a December 31 shall be deemed to consent to an election with respect to such December 31, provided each component member of the group which is not a wholly owned subsidiary consents to the election plan. A component member of a controlled group shall be considered to be a wholly owned subsidiary of the group with respect to a December 31 if, on each day preceding such date during its taxable year which includes such date, all of its stock is owned directly by one or more corporations which are component members of the group on such December 31.

[T.D. 7181, 37 FR 8071, Apr. 25, 1972]

## Procedure and Administration

INFORMATION AND RETURNS

RETURNS AND RECORDS

SOURCE: Sections 1.6001–1 to 1.6091–4 contained in T.D. 6500, 25 FR 12108, Nov. 26, 1960, unless otherwise noted.

RECORDS, STATEMENTS, AND SPECIAL RETURNS

§ 1.6001–1 Records.

(a) *In general.* Except as provided in paragraph (b) of this section, any person subject to tax under subtitle A of the Code (including a qualified State individual income tax which is treated pursuant to section 6361(a) as if it were imposed by chapter 1 of subtitle A), or any person required to file a return of information with respect to income, shall keep such permanent books of account or records, including inventories, as are sufficient to establish the amount of gross income, deductions, credits, or other matters required to be shown by such person in any return of such tax or information.

(b) *Farmers and wage-earners.* Individuals deriving gross income from the business of farming, and individuals whose gross income includes salaries, wages, or similar compensation for personal services rendered, are required with respect to such income to keep such records as will enable the district director to determine the correct amount of income subject to the tax. It is not necessary, however, that with respect to such income individuals keep the books of account or records required by paragraph (a) of this section. For rules with respect to the records to be kept in substantiation of traveling and other business expenses of employees, see § 1.162–17.

(c) *Exempt organizations.* In addition to such permanent books and records as are required by paragraph (a) of this section with respect to the tax imposed by section 511 on unrelated business income of certain exempt organizations, every organization exempt from tax under section 501(a) shall keep such permanent books of account or records, including inventories, as are sufficient to show specifically the items of gross income, receipts and disbursements. Such organizations shall also keep such books and records as are required to substantiate the information required by section 6033. See section 6033 and §§ 1.6033–1 through 1.6033–3.

(d) *Notice by district director requiring returns statements, or the keeping of records.* The district director may require any person, by notice served upon him, to make such returns, render such statements, or keep such specific records as will enable the district director to determine whether or not such person is liable for tax under subtitle A of the Code, including qualified State individual income taxes, which are treated pursuant to section 6361(a) as if they were imposed by chapter 1 of subtitle A.

(e) *Retention of records.* The books or records required by this section shall


EXHIBIT PAGE A 36 of

**Internal Revenue Service**                                       **Department of the Treasury**

Date:                                                          Form Number:

                                                               Kind of Tax:

                                                               Social Security or Employer Identification Number:

                                                               Person to Contact:

                                                               Employee Identification Number:

                                                               Contact Telephone Number:

Dear

Our review of your records shows they do not adequately verify your Federal tax liability identified above. Our reasons for believing they are not adequate are explained at the bottom of this letter.

You are required by law to keep permanent records and supporting documents (the applicable provisions of the Internal Revenue Code and Regulations are printed on the back of this letter). These records may consist of documents such as invoices, bills, tapes, and receipts or a timely kept account book, diary or statement of expenses and supporting receipts, paid bills, or canceled checks. These must be sufficiently detailed and arranged so that your liability can be accurately reported and verified.

Please send us, within the next 6 months, an explanation of how you are correcting your record keeping to meet the requirements of the law.

If you have any questions, please contact the person whose name and telephone number are shown above.

                                                       Sincerely yours,

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 4 | 6 |

                                                       Letter 979 (DO) (Rev. 2-1987)
                                                       Catalog Number: 40413R

Reasons why records are not adequate:

## APPLICABLE PROVISIONS OF THE INTERNAL REVENUE CODE

➤ Section 6001 of the Internal Revenue Code provides in part:

"<u>Every person liable for any tax imposed by this title</u>, or for the collection thereof, <u>shall keep such records, render such statements, make such returns, and comply with such rules and regulations as the Secretary may from time to time prescribe</u> ..."

➤ Section 7203 of the Internal Revenue Code also states:

"Any person required under this title to pay any estimated tax or tax, or required by this title or by regulations made under authority thereof to make a return, keep any records, or supply any information, who willfully fails to pay such estimated tax or tax, make such return, keep such records, or supply such information, at the time or times required by law or regulations, shall, in addition to other penalties provided by law, be guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $25,000 ($100,000 in the case of a corporation), or imprisoned not more than 1 year, or both, together with the costs of prosecution."

Applicable Regulations under the Internal Revenue Code are:

*SAMPLE*

| ORIGINAL OF THIS NOTICE SERVED AS INDICATED ||
|---|---|
| Taxpayers name | Social Security or employer identification number |
| Date (day, month, year) taxpayer was verbally notified about inadequacy of records ||
| Date (day, month, year) original of this notice was served ||
| Address where notice was served | ☐ In Person    ☐ By Mail |
| Signature of person serving notice | Title |

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 5 | 6 |

Letter 979 (DO) (Rev. 2-1987)
Catalog Number: 40413R

return for the taxable year including such December 31. The statement shall set forth the name, address, employer identification number, and taxable years of each of the other component members (including wholly owned subsidiaries) of the controlled group. Such other members shall attach a copy of the statement to their income tax returns for their taxable years including such December 31. An election plan adopted by a controlled group with respect to a particular December 31 shall be valid only for the taxable year of each member of the group which includes such December 31.

(3) Each component member of a controlled group which is a wholly owned subsidiary of such group with respect to a December 31 shall be deemed to consent to an election with respect to such December 31, provided each component member of the group which is not a wholly owned subsidiary consents to the election plan. A component member of a controlled group shall be considered to be a wholly owned subsidiary of the group with respect to a December 31 if, on each day preceding such date during its taxable year which includes such date, all of its stock is owned directly by one or more corporations which are component members of the group on such December 31.

[T.D. 7181, 37 FR 8071, Apr. 25, 1972]

## Procedure and Administration

INFORMATION AND RETURNS

RETURNS AND RECORDS

SOURCE: Sections 1.6001-1 to 1.6091-4 contained in T.D. 6500, 25 FR 12108, Nov. 26, 1960, unless otherwise noted.

RECORDS, STATEMENTS, AND SPECIAL RETURNS

§ 1.6001-1 Records.

(a) *In general.* Except as provided in paragraph (b) of this section, any person subject to tax under subtitle A of the Code (including a qualified State individual income tax which is treated pursuant to section 6361(a) as if it were imposed by chapter 1 of subtitle A), or any person required to file a return of information with respect to income, shall keep such permanent books of account or records, including inventories, as are sufficient to establish the amount of gross income, deductions, credits, or other matters required to be shown by such person in any return of such tax or information.

(b) *Farmers and wage-earners.* Individuals deriving gross income from the business of farming, and individuals whose gross income includes salaries, wages, or similar compensation for personal services rendered, are required with respect to such income to keep such records as will enable the district director to determine the correct amount of income subject to the tax. It is not necessary, however, that with respect to such income individuals keep the books of account or records required by paragraph (a) of this section. For rules with respect to the records to be kept in substantiation of traveling and other business expenses of employees, see § 1.162-17.

(c) *Exempt organizations.* In addition to such permanent books and records as are required by paragraph (a) of this section with respect to the tax imposed by section 511 on unrelated business income of certain exempt organizations, every organization exempt from tax under section 501(a) shall keep such permanent books of account or records, including inventories, as are sufficient to show specifically the items of gross income, receipts and disbursements. Such organizations shall also keep such books and records as are required to substantiate the information required by section 6033. See section 6033 and §§ 1.6033-1 through 1.6033-3.

(d) *Notice by district director requiring returns statements, or the keeping of records.* The district director may require any person, by notice served upon him, to make such returns, render such statements, or keep such specific records as will enable the district director to determine whether or not such person is liable for tax under subtitle A of the Code, including qualified State individual income taxes, which are treated pursuant to section 6361(a) as if they were imposed by chapter 1 of subtitle A.

(e) *Retention of records.* The books or records required by this section shall


EXHIBIT PAGE 6 of 9
A