# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 10, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-0012

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requestor with those portions reasonably segregative. Requestor is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) Requester.

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS:**

1. **Please send Requester** copies of all documents, records and/or transcripts maintained in the system of records identified as **Integrated Collections Systems** - Treasury/IRS, which pertain to Requester with the assigned Treasury Account number 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. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." <u>**You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.**</u>

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene A. Hinojosa_

County of _Cameron_ )
                    ) ss
State of _Texas_    )

On this _5_ day of _april_, 2005, _Rene A. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

_[signature]_

Signature of Notary Public

My Commission Expires: _9-15-06_

LISA GARZA
COMMISSION EXPIRES
September 13, 2006



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

JUL 27 2004



Sample Response

~~Stephen K. Decker~~
~~address~~
~~Kirkland, Washington~~

Dear Mr. ~~Decker~~

This is in further response to your Freedom of Information Act (FOIA) request/Privacy Act (PA) request dated April 28, 2004, ~~Case#~~ received in the Ogden Campus Disclosure Office on May 24, 2004. The Fresno/San Jose Disclosure Office is assisting the Ogden Campus Disclosure Office in responding to your request. We acknowledge receipt of your payment in the amount of $1.00.

Enclosed are 27 pages of Integrated Collections Systems (ICS) history notes that cover tax years 1993, 1994, 1996, 1998, and 2001. We have deleted information from 11 pages pursuant to 5 USC 552 (b)(3) and (b)(7)(C); (b)(3) and (b)(7)(A). The statutes underlying the (b)(3), is IRC 6103 (a) and (e)(7).

It should also be noted that certification merely certifies that the document is a true copy of a document in Internal Revenue Service records, it does not speak to the accuracy or validity of the contents of the document.

Also enclosed is Notice 393, which explains the exemptions cited and/or your appeal rights.

For your reference, future requests for documents should be submitted to the Seattle Disclosure Office, at 915 2nd Avenue, M/S W625, Seattle, WA 98174. Since your tax information, to the extent it may or may not exist would be under that offices jurisdiction.

For your information the San Jose Disclosure Office is now under the direction of the Fresno Campus Disclosure Office. The Disclosure Officer is David Gutierrez and his mailing address is: Fresno Campus, 5045 E. Butler, M/S 22491, Fresno, CA 93727. If you have any questions regarding this letter, please contact Lauri Takeguchi-Cital, ID# 77-02463, at (408) 817-6730 or you may send mail to our Fresno Campus mailing address. Please refer to case number 89-2004-03013.

Sincerely,

David Gutierrez, ID#89-35612
Disclosure Officer
Fresno/San Jose, CA

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 2 |

Monday, June 7, 2004, 1:08pm

REQUESTOR: 95504006
ICS HISTORY TRANSCRIPT

CASE TIN: ~~~~~~~~~~   CASE NAME: ~~~~~~~~~~

---

ACTION DATE: 04/20/2002   CREATE ID: 00000000
SYSTEMIC HISTORY: ASSIGNMENT - IDRS

CASE ASSIGNED--32064900

---

ACTION DATE: 04/20/2002   CREATE ID: 00000000
SYSTEMIC HISTORY: ASSIGNMENT - IDRS

INVENTORY ITEM ASSIGNED--32064900

*Sample*

---

ACTION DATE: 04/20/2002   CREATE ID: 00000000
SYSTEMIC HISTORY: NEW MODULE(S) - IDRS

BAL DUE - 30/199312 30/199412

---

ACTION DATE: 04/20/2002   CREATE ID: 00000000
SYSTEMIC HISTORY: NEW MODULE(S) - IDRS

DEL RET - 30/199812

---

ACTION DATE: 05/28/2002   CREATE ID: 32064901
SYSTEMIC HISTORY: ASSIGNMENT - ICS

REASSIGNED TO: ASGMT # 32064922 EMPLOYEE NAME J. RIEHLE

AUTHENTIC IRS REPRODUCTION,
per IRC section 6103(p)(2)(C),
this photocopy has the same legal
status as if it were the original

PAGE 1
Monday, June 7, 2004, 1:08p

REQUESTOR: 95504006
ICS HISTORY TRANSCRIPT

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 2 | 2 |