# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 14, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-0017

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) Requester.

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS:**

1. **BACKGROUND; 3(17)(46)(14).3(3) NMF Account Transcript Requests.** "*All requested NMF Transcripts will include the related History file for that account.... NOTE: History items will only be printed on requested transcripts ...*" (See Exhibit A)

2. **Please send Requester** copies of all documents, records and/or transcripts identified as the **OFFICIAL INTERNAL REVENUE SERVICE NON-MASTER FILE TRANSCRIPT (OIRSNFT)**, as referenced in IR Manual, 3(17)(46)(14).3, which pertain to Requester with the assigned Treasury Account number 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. (See Exhibit A)

3. **Please provide Requester** copies of all documents, records and/or transcripts identified as **"Related History Files"** in reference to the **OIRSNFT** above, which pertain to Requester assigned Treasury Account number 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. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." ***You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.***

FOIA # 0-17                                                                                                                    Page 1 of 2
3(17)(46)(14).3 (3) NMF Account Transcript Requests                              Notary Acknowledgement on page two

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene N. Hinojosa_

County of _Cameron_ )
) ss
State of _Texas_ )

On this _5_ day of _April_, 2005, _Rene N. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

_____
Signature of Notary Public

[SEAL: LISA GARZA / MY COMMISSION EXPIRES / December 13, 2006]

My Commission Expires: _12-13-06_

FOIA # 0-17
3(17)(46)(14).3 (3) NMF Account Transcript Requests

Page 2 of 2
Notary Acknowledgement on page two

(5) The Automated NMF System will not accept an account which duplicates an existing Primary Key (TIN, MFT and period ending). If this occurs, a "Dummy" tax period ending (e.g., 2001) must be used when establishing the account.

(6) All assessments will require an Abstract Number for establishment.

(7) The system has one MAIN menu. Each user of the system will have a unique profile which displays only those options for which that individual has authority to access. This profile is governed by the User Profile Access-Control System (UPACS).

(8) Under the Automated NMF System, assessments will be either pre-journalized or post-journalized based on the 23C date.

(a) Assessments made to protect the assessment from being barred by the statute of limitations or to expedite the collection process will be pre-journalized as daily assessments.

(b) Assessments where the statute of limitations is not imminent or no specific immediate assessment date is requested or required will be post-journalized as weekly assessments.

### 3(17)(46)(14).2 (1-1-96)
### Entering and Exiting the System

(1) Entering the system is accomplished by typing a login and password as the prompts appear. Requests for a login and password should be received on a Form 500-1-187, Information Systems Add/Delete/Change Request. Both will be issued to the individual by the Systems Administrator after security clearance.

(a) Type a pre-determined login and press 'ENTER'.
(b) Type a password and press 'ENTER'.
(c) Entry of your login and password will prompt the NMF MAIN MENU screen.

(2) To exit the screen press "E" for EXIT. This will return you to the previous menu. Then press the "CTRL" key and the "D" key at the same time. The message "Released" or the "login prompt" will be displayed on the screen. You are now logged-out of NMF.

### 3(17)(46)(14).3 (1-1-96)
### NMF Account Transcript Requests

(1) Select the RESEARCH NMF option from the NMF MAIN menu. The first option, the RESEARCH/TRANSCRIPT REQUEST screen, will appear. A transcript reflects an assessment and any subsequent transactions to that assessment and may not represent the entire liability for a particular tax period. An official NMF transcript (Figure 3) should not be confused with a Certified Transcript.

(2) The first option on the screen is REQUEST NMF TRANSCRIPT. If you know the "primary key" (TIN, MFT, and Period Ending) you can request transcripts without first researching for the account, otherwise follow the instructions in 3(17)(46)(14).4 below. Transcripts will be generated the day following input of your request and will be forwarded by NMF based on employee number.

(a) Press "1T" and the TRANSCRIPT REQUEST screen (Figure 43) will appear. The TRANSCRIPT REQUEST screen may also be accessed from the RESEARCH NMF DATA BASE screen with the same command.

(b) Press "A" to ADD each request. All fields are required.

EXHIBIT A PAGE ONE of two

    (c) If the "primary key" entered does not match a primary key of an account on either the open or closed files of the data base, you will receive the message "Account not on data base—correct invalid entry".

    (d) When all requests are entered, press "E" for EXIT to terminate the request session.

  (3) All requested NMF Transcripts will include the related History file for that account. These history items will be printed at the end of each transcript. NOTE: History items will only be printed on requested transcripts and not on system generated transcripts (i.e., Accounts Maintenance, 99999-99999, etc.).

```
*************************************************************
*Employee No. 0000000000                                     *
*       OFFICIAL INTERNAL REVENUE SERVICE NON-MASTER FILE TRANSCRIPT *
*                TRANSCRIPT DATE:  09/01/95                  *
*                                                            *
*************************************************************

Department of the Treasury - Internal Revenue Service
          Document Locator Number    Taxpayer ID Number:   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N
          32647-059-23200-94         Notice Date ..... :   03/29/94
                                     Type of Tax ..... :   INCOME
     TERENCE R BOSTON      BOST      Master file Tax . :   20
     401 MADISON AVE                 Form Number ..... :   1040
     TAFT       UT  84403            Period ending ... :   12/31/86

     8612                     1300   Abstract Number . :   004
     3201-000                   89   Civil Number .... :
                                     POA on File? ....     No

Second Notice .....  05/10/94
Third Notice ......  06/21/94
Fourth Notice .....
TDA ...............              23C Date...03/29/94
53 Status .........              LYNN P BOSTON 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
Claim/Adj Pending .  06/29/94    NORM INT APL 032 LINCOLN
OIC Status ........              870 1-8-94
Collection Expir ..  03/28/04
Penalty/Interest ..
                                     Transfer Sch. Number..
*************************************************************

TRANS DATE DESCRIPTION   CC  DOCUMENT LOCATOR  POSTING DATE  TRANS AMOUNT
*************************************************************

03/29/94  300 TAX DEF ASMN    32647-059-23200-94  03/16/94      3,239.00
03/29/94  340 RES INT ASMN    32647-059-23200-94  03/16/94      2,582.44
06/29/94  470 CLAIM PEND  90  32677-177-00101-94  07/02/94          0.00
10/30/89  700 CREDIT APPL     32658-222-50001-94  08/18/94     -1,934.35
11/14/89  700 CREDIT APPL     32658-222-50000-94  08/18/94     -2,310.21

                              08/18/94 Account Balance:        1,576.88

                              06/21/94 Accrued Penalty :          48.58
                              06/21/94 Accrued Interest:          94.53
*************************************************************
                              HISTORY
*************************************************************

     3177/470 per billie s Taft Tech. OSC
     999 399-9999 06/29/94 cc

     2424's prepared to send to full pay this assessment
     06/29/94 zz
```

EXHIBIT A PAGE 2 of 2

Figure 3

FOIA # 0-17