# FREEDOM OF INFORMATION ACT REQUEST

Requestor: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 26, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-3004

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) requester.

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS:**

1. **BACKGROUND; Sec. 7403** – Action to enforce lien or to subject property to payment of tax  (a) Filing. – In any case where there has been a refusal or neglect to pay any tax, or to discharge any liability in respect thereof, whether or not levy has been made, the Attorney General or his delegates, at the request of the Secretary, *may direct a civil action to be filed in a district court of the United States to enforce the lien of the United States under this title with respect to such tax or liability or to subject any property, of whatever nature, of the delinquent, or in which he has any right, title, or interest, to the payment of such tax or liability*. For purpose of the preceding sentence, any acceleration of payment under section 6166(g) shall be treated as a neglect to pay tax. (See Exhibit A)

2. **Please send Requester** copies of the judgment lien(s) signed and issued by a judge(s) of a Unites States District Court against Requester with the assigned Treasury Account number 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 which authorized the lien or levy of Requester's property as required in the paragraph above.

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." **You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.**

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene A. Hinojosa_

County of _Cameron_ )
                    ) ss
State of _Texas_    )

On this _5_ day of _April_, 2005, _Rene A. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

Signature of Notary Public

My Commission Expires: _12-15-06_

FOIA # 3-4
26 USC 7403 Judgment Lien

Page 2 of 2
Notary Acknowledgement on page two

# LII
legal information institute

collection home

## US CODE COLLECTION



search

TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > Sec. 7403.

Prev | Next

### Sec. 7403. - Action to enforce lien or to subject property to payment of tax

**(a) Filing**

In any case where there has been a refusal or neglect to pay any tax, or to discharge any liability in respect thereof, whether or not levy has been made, the Attorney General or his delegate, at the request of the Secretary, may direct a civil action to be filed in a district court of the United States to enforce the lien of the United States under this title with respect to such tax or liability or to subject any property, of whatever nature, of the delinquent, or in which he has any right, title, or interest, to the payment of such tax or liability. For purposes of the preceding sentence, any acceleration of payment under section 6166(g) shall be treated as a neglect to pay tax.

**(b) Parties**

All persons having liens upon or claiming any interest in the property involved in such action shall be made parties thereto.

**(c) Adjudication and decree**

The court shall, after the parties have been duly notified of the action, proceed to adjudicate all matters involved therein and finally determine the merits of all claims to and liens upon the property, and, in all cases where a claim or interest of the United States therein is established, may decree a sale of such property, by the proper officer of the court, and a distribution of the proceeds of such sale according to the findings of the court in respect to the interests of the parties and of the United States. If the property is sold to satisfy a first lien held by the United States, the United States may bid at the sale such sum, not exceeding the amount of such lien with expenses of sale, as the Secretary directs.

Search this title:



Notes
Updates
Parallel authorities (CFR)
Topical references

**(d) Receivership**

In any such proceeding, at the instance of the United States, the court may appoint a receiver to enforce the lien, or, upon certification by the Secretary during the pendency of such proceedings that it is in the public interest, may appoint a receiver with all the powers of a receiver in equity

Prev | Next

| Form **668-F** (Rev. February 1985) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien Under Internal Revenue Laws** |
|---|---|

| District | Serial number | For Optional Use by Recording Office |
|---|---|---|
|  |  |  |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of taxpayer

Residence

| Kind of Tax (a) | MFT (b) | Tax Period Ended (c) | Date of Assessment (d) | Identifying Number (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|

**THIS FORM IS FOR INTERNAL USE ONLY. DO NOT FILE.**

Place of filing

Total ▶ $

### Notice of Federal Tax Lien Refiling

IRS serial number _____   Recorder's identification number _____

Notice filed with _____   Date _____

Taxpayer's address (if different than shown above) _____

Signature _____   Title _____

This notice was prepared and signed at _____

on this the _____ day of _____, 19 ___.

Signature _____   Title _____

Note: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien. Rev. Rul. 71-466, 1971-2 C.B. 409

Part 2 - To be signed and returned to the Internal Revenue   Form 668-F (Rev. 2-85)

JSA
9W4803 1 000

Exhibit **A 161**