# FREEDOM OF INFORMATION ACT REQUEST

Requestor: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

February 28, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-3006

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) requester.

This request pertains to the years 1994 through 2004.

## THIS IS A REQUEST FOR DOCUMENTS:

1. **BACKGROUND; Sec. 3201. – Judgment Lien (a) Creation.** – *A judgment in a civil action shall create a lien on all real property of a judgment debtor on filing a certified copy of the abstract of the judgment* in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of section 6323(f) of the Internal Revenue Code of 1986. (See Exhibit A)

2. **Please send Requester** certified copies of all judgment(s) which created the lien on the real property of the Requester with the assigned Treasury Account number 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. (See Exhibit A)

3. **Please send Requester** certified copies of all abstract(s) of judgment which created the notice of lien on the property of the Requester with the assigned Treasury Account number 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. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." ***You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.***

FOIA # 3-6
28 USC 3201, Judgment Lien

Page 1 of 2
Notary Acknowledgement on page two

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requestor, _____

County of _Cameron_ )
                    ) ss
State of _Texas_    )

On this _5_ day of _April_, 2005, _Rene A. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal: _____

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

Signature of Notary Public

My Commission Expires: _12-13-06_

FOIA # 3-6
28 USC 3201, Judgment Lien

Page 2 of 2
Notary Acknowledgement on page two

LII
legal information institute
collection home

US CODE COLLECTION


search

TITLE 28 > PART VI > CHAPTER 176 > SUBCHAPTER C > Sec. 3201.

Next

## Sec. 3201. - Judgment liens

(a) Creation. -

A judgment in a civil action shall create a lien on all real property of a judgment debtor on filing a certified copy of the abstract of the judgment in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of section 6323(f) of the Internal Revenue Code of 1986. A lien created under this paragraph is for the amount necessary to satisfy the judgment, including costs and interest.

(b) Priority of Lien. -

A lien created under subsection (a) shall have priority over any other lien or encumbrance which is perfected later in time.

(c) Duration of Lien; Renewal. -

(1)

Except as provided in paragraph (2), a lien created under subsection (a) is effective, unless satisfied, for a period of 20 years.

(2)

Such lien may be renewed for one additional period of 20 years upon filing a notice of renewal in the same manner as the judgment is filed and shall relate back to the date the judgment is filed if -

(A)

the notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien; and

Search this title:

Search Title 28

Notes
Updates
Parallel authorities (CFR)
Topical references


EXHIBIT "A" PAGE 1 of 2

# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendants(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| USAO Number: | Court Number: |
|---|---|
| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|  | UNITED STATES OF AMERICA |
| SSN: |  |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| $117,290.12 <br><br> TOTAL AMOUNT OF JUDGMENT <br><br> PLUS POSTJUDGMENT INTEREST | P. MICHAEL PATTERSON <br> ATTN: FINANCIAL LITIGATION UNIT <br> United States Attorney <br> 111 N. Adams St., 4th Floor <br> Tallahassee, FL 32301 |  |

UNITED STATES OF AMERICA     CLERK'S OFFICE     U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA SS.

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

_____     _____
City     Date

ROBERT A. MOSSING, Clerk.

By _____, Deputy Clerk.

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 2 | 2 |