*Exhibit 26*

# FREEDOM OF INFORMATION ACT REQUEST

Requestor: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

March 4, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-02-3007

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requestor is attesting under the penalty of perjury that Requester is a category (E) requester.

This request pertains to the years 1994 through 2004.

## THIS IS A REQUEST FOR DOCUMENTS:

1. **BACKGROUND;** Delegation Order No. 196 – Authority to File Tax Liens (See Exhibit A)

2. **Please send Requester** copies of all document(s) identified as the redelegation authorizing Revenue Officer **Pedro Suarez**, ID number **74-20160**, located in the **320 N. Main St., Stop 5370 MCA, McAllen, TX 78501,** to file a tax lien on the real property rights of the Requester with the assigned Treasury Account number 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, as referenced in paragraph one (1) above.

3. **Please send Requester** copies of all GS Level of Internal Revenue Service employee **Pedro Suarez,** ID number **74-20160,** located in the **320 N. Main St., Stop 5370 MCA, McAllen, TX 78501,** regarding Requester with the assigned Treasury Account number 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, as referenced in paragraph one (1) above.

"A Requester is *not* required to identify the *specific system of records* that contain the information – being sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." ***You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.***

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.


Signature of Requestor, _____


County of _Cameron_     )
                        ) ss
State of _Texas_         )


On this _5_ day of _april_ , 2005, _____
personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.


Witness my hand and official seal: _____

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

Signature of Notary Public

My Commission Expires: _12-13-06_

| | |
|---|---|
| 159 (Rev. 6) | Accumulated Funding Deficiency |
| 160 (Rev. 6) | Authority of Regional Director of Appeals in Termination Assessments of Income Tax and Jeopardy Assessments |
| 161 (Rev. 5) | Seal of the Department of the Treasury |
| 164 (Rev. 6) | Authority to Prescribe Identification Media |
| 165 (Rev. 8) | Responses to Administrative Appeals Filed Pursuant to the Freedom of Information Act (5 U.S.C. § 552) |
| 166 (Rev. 4) | Prohibited Transactions Exemptions |
| 168 (Rev. 1) | Reimbursement for Non-Workday Travel by Internal Audit Employees Between Temporary and Permanent Duty Stations |
| 169 (Rev. 1) | Authority for the Issuance of Immunity Orders Pursuant to 18 U.S.C. Sections 6002 and 6004 in Proceedings Arising Under the Law Administered by the Internal Revenue Service |
| 171 (Rev. 2) | Authority of Appeals Under 26 CFR 301.6511 and 26 CFR 301.6532 |
| 172 (Rev. 5) | Waiver of Excise Taxes Imposed Under Section 4971 of the Internal Revenue Code |
| 174 (Rev. 4) | Retroactive Plan Amendments |
| 175 (Rev. 4) | Determination if Plan Amendment is Reasonable and Has De Minimis Effect on Plan Liability |
| 176 (Rev. 4) | Extension of Amortization Period of Plans |
| 178 (Rev. 6) | Cost of Complying With a Summons |
| 179 (Rev. 2) | Coordination of Certain Issues Before Approval of Settlement or Other Disposition in Appeals |
| 180 (Rev. 3) | Requests for Customer Financial Records from Financial Institutions Pursuant to a Formal Written Request |
| 181 (Rev. 1) | Authority to Designate Qualified General Assistance Programs Described in Section 51(d)(6) of the Internal Revenue Code |
| 182 (Rev. 7) | Execute Returns |
| 183 (Rev. 8) | Extension of Time for Making Certain Elections |
| 184 (Rev. 7) | Certification of Time and Attendance |
| 185 (Rev. 1) | Authority to Provide Advice on Questionable Payments |
| 186 (Rev. 3) | Authority to Establish Travel and Relocation Regulations and Allowances |
| 187 (Rev. 4) | Determining Imprest Fund Requirements |
| 188 (Rev. 5) | Authorization to Grant Case by Case Exemptions to the Financial Conflict of Interest Provision in 18 U.S.C. Subsection 208(a) |
| 189 (Rev. 6) | Authority to Authorize Travel Not at Government Expense |
| 190 (Rev. 4) | Transfer of Technical Functions to the Office of Chief Counsel |
| 191 (Rev. 3) | Levy on Property in the Hands of a Third Party (not to include Levy Form 668-B) |
| 192 (Rev. 6) | Authority to Approve the Use of Cash to Purchase Official Passenger Transportation Services Exceeding $500 |
| 193 (Rev. 6) | Authorization to Perform Functions of the Commissioner |
| 196 (Rev. 4) | Federal Tax Lien Certificates |
| 198 (Rev. 5) | Seal of the Office of the Internal Revenue Service and Certification to the Authenticity of Official Documents |
| 199 (Rev. 3) | Interagency Reimbursement Agreements with State Department for On-Site Support of Overseas Offices of the Assistant Commissioner |
| 200 (Rev. 1) | Notice of the Existence of a Conflicting Claim to the Investment Tax Credit for a Film or Tape |
| 202 (Rev. 3) | Authority for Appointment of Custodian to Evaluate Foreign Gifts, Decorations and Unconditional (In-Kind) Gifts |
| 204 (Rev. 3) | Rewards for Informant Information |
| 205 (Rev. 8) | Consensual Monitoring of Wire and Oral Communications in Criminal Investigation |
| 206 (Rev. 1) | Delegated Responsibility for Referral Authority in Organized Crime Drug Enforcement Task Force Cases |
| 207 (Rev. 3) | Requests for Space |
| 208 (Rev. 6) | Delegation of Authority in the Performance of Commercial Activities |
| 209 (Rev. 4) | Delegation of Authority in Partnership and S Corporation Matters |
| 210 (Rev. 1) | Certain Determinations With Respect to Abusive Tax Shelter Partnerships |
| 213 (Rev. 3) | Formal Document Requests |
| 214 | Delegation of Authority to Perform Functions Regarding Valuation, Correspondence and The Internal Revenue Bulletin |
| 219 (Rev. 4) | Jeopardy and Termination Assessments |
| 220 (Rev. 3) | Claims of Executive Privilege in Federal Courts |



EXHIBIT

A-1