

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

MAY 12 2005

RENE H HINOJOSA
PO BOX 756
RIO HONDO TX 78583

Dear Mr. Hinojosa:

This letter is in response to your Freedom of Information Act requests dated February 1-15, 2005; February 19, 2005; February 23-28, 2005 and March 1-4, 2005, which were received in this office on May 4, 2005.

We cannot honor your requests as FOIAs because they do not meet the requirements of the Act. The Freedom of Information Act provides for access by the public to records maintained by the Federal Government. In order for us to process your requests, you must establish your identity and right to the records you requested. Your requests are invalid because they lack original signatures.

Please be advised the submission of separate requests for related records will be aggregated for the assessment of fees under the Freedom of Information Act. The relationship will be determined based on a review of the file on a case by case basis. Search time that exceeds the free two-hour limit will be billed at the allowable rate of $17.00 for each hour or fraction thereof.

For further information, please contact Paula Ward, Disclosure Specialist, ID number 18-03230, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case numbers 18-2005-01821, 18-2005-01822, 18-2005-01824, 18-2005-01827, 18-2005-01829, 18-2005-01830, 18-2005-01831, 18-2005-01833, 18-2005-01834, 18-2005-01836, 18-2005-01838, 18-2005-01840, 18-2005-01841, 18-2005-01842, 18-2005-01843, 18-2005-01845, 18-2005-01846, 18-2005-01847, 18-2005-01848, 18-2005-01849, 18-2005-01850, 18-2005-01852, 18-2005-01853, 18-2005-01854, 18-2005-01855 and 18-2005-01857.

Sincerely,

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus