*Exhibit 28*

Rene Hinojosa
PO Box 756
Rio Hondo, TX 78583

May 27, 2005

Paula Ward
Disclosure Specialist, 18-03230
Austin Campus Disclosure Office
PO Box 2986, M/S 7000 AUSC
Austin, TX 78768

Re: Case numbers -18-2005-01821, 01822, 01824, 01827, 01829, 01830, 01831, 01833, 01834, 01836, 01838, 01840, 01841, 01842, 01843, 01845, 01846, 01847, 01848, 01849, 01850, 01852, 01853, 01854, 01855, 01857 and Stephanie K. Young's letter dated May 12, 2005, (see attached)

Dear Paula Ward

Please help me to understand the invalidity of my freedom of information act requests mailed to the Austin office on or about April 30, 2005. You state of the lack of original signatures; I don't know where in my as it relates to my signature in my freedom of information act requests that I mailed to the Austin office

U. S. DEPARTMENT OF JUSTICE

Tax Division

Identity Verification

In accordance with 28 C.F.R. § 16.41(d), the information on this form is required for all individuals submitting requests by mail under the Privacy Act, 5 U.S.C. § 552a. This information will be used to verify the applicant's identity and to identify records available to you. Failure to furnish this information will result in a denial of the request. False information on this form subjects the requester to criminal penalties.

FULL NAME OF REQUESTER _Rene H. Hinojosa_

CURRENT ADDRESS _409 N. Arroyo Blvd._
_PO Box 756 Rio Hondo, TX. 78583_

DATE OF BIRTH _6-22-44_

PLACE OF BIRTH _Edcouch, Texas  Hidalgo County_

SOCIAL SECURITY NO. _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_

YEARS FOR WHICH INFORMATION IS SOUGHT _1994 to 2004_

SIGNATURE _Rene H. Hinojosa_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Optional: Authorization to Release Information to Another Person

Pursuant to 5 U. S. C. § 552a(b), I authorize the Tax Division to release any and all information relating to me to:

_N/A_
(Print or Type Name and Address)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that I am the person named above and I understand that falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine or imprisonment or both.

_Rene H. Hinojosa_
Signature