# NOTICE OF NON-PERFORMANCE
# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
PO Box 756
Rio Hondo, TX 78583

Attn: Paula Ward, Disclosure Specialist
Internal Revenue Service
Austin Campus Disclosure Office
PO Box 2986, M/S 7000 AUSC
Austin, TX 78768

June 10, 2005

Certified Mail no. 7003 1010 0000 9044 9093

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
Notice is applicable to all Successors and Assigns

Re: Letter from Stephanie K, Young

Dear: Paula Ward, Disclosure Specialist

Please except this notice as my offer in good faith to comply as agreed per our phone conversation on June 7, 2005.

## AFFIDAVIT

1.) The following documents are attached in regards to establishing my identity as stated in your letter sent.
   a. An <u>original</u> <u>signed</u> U.S. DEPARTMENT OF JUSTICE, Tax Division Identity Verification sheet.
   b. A good quality copy of my TEXAS state issued driver license. (Picture ID)

2.) As far as my right to the requested record, please note the following paragraphs as they appear with each FOIA that was mailed to your office.(See Attached FOIAs)

   a. This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress.

   b. If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

   c. Requester is attesting under the penalty of perjury that Requester is a category (E) Requester.

   d. This request pertains to the years 1994 through 2004.

   e. "A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." **You have Requestor's promise to pay up to fifty ($50) dollars for all documents**

NOTICE OF NON-PERFORMANCE                    1 of 2                         Rene H Hinojosa

*beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.*

f.  Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension time is required to complete this request, please notify this Requestor in writing of this requirement.

g.  You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

The statements above along with the included attachments will satisfy any requirements which pertain to the verification of my identity and the lawful right to request copies of my record as it applies to the previously delivered FOIA requests.

If you have any comments or concerns pertaining to this notice or the FOIA requests sent to your office please contact me at the above mailing locations.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses

County of _Cameron_ )
            ) ss
State of _Texas_ )

On this _13_ day of _June_, 2005, _Rene H. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.



LISA GARZA Witness my hand and official seal:
MY COMMISSION EXPIRES
December 13, 2006

_____
Signature of Notary Public

My Commission Expires: _12-13-06_

Attachments/Inclusions:

US Department of Justice Tax Division Identity Verification
Photo copy of Texas ID
FOIAs previously mailed to your office



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

MAY 1 2 2005

RENE H HINOJOSA
PO BOX 756
RIO HONDO TX 78583

Dear Mr. Hinojosa:

This letter is in response to your Freedom of Information Act requests dated February 1-15, 2005; February 19, 2005; February 23-28, 2005 and March 1-4, 2005, which were received in this office on May 4, 2005.

We cannot honor your requests as FOIAs because they do not meet the requirements of the Act. The Freedom of Information Act provides for access by the public to records maintained by the Federal Government. In order for us to process your requests, you must establish your identity and right to the records you requested. Your requests are invalid because they lack original signatures.

Please be advised the submission of separate requests for related records will be aggregated for the assessment of fees under the Freedom of Information Act. The relationship will be determined based on a review of the file on a case by case basis. Search time that exceeds the free two-hour limit will be billed at the allowable rate of $17.00 for each hour or fraction thereof.

For further information, please contact Paula Ward, Disclosure Specialist, ID number 18-03230, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case numbers 18-2005-01821, 18-2005-01822, 18-2005-01824, 18-2005-01827, 18-2005-01829, 18-2005-01830, 18-2005-01831, 18-2005-01833, 18-2005-01834, 18-2005-01836, 18-2005-01838, 18-2005-01840, 18-2005-01841, 18-2005-01842, 18-2005-01843, 18-2005-01845, 18-2005-01846, 18-2005-01847, 18-2005-01848, 18-2005-01849, 18-2005-01850, 18-2005-01852, 18-2005-01853, 18-2005-01854, 18-2005-01855 and 18-2005-01857.

Sincerely,

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

U. S. DEPARTMENT OF JUSTICE

Tax Division

Identity Verification

In accordance with 28 C.F.R. § 16.41(d), the information on this form is required for all individuals submitting requests by mail under the Privacy Act, 5 U.S.C. § 552a. This information will be used to verify the applicant's identity and to identify records available to you. Failure to furnish this information will result in a denial of the request. False information on this form subjects the requester to criminal penalties.

FULL NAME OF REQUESTER _Rene H. Hinojosa_

CURRENT ADDRESS _409 North Arroyo Blvd_
_C/o PO Box 756 Rio Hondo, TX. [78583]_

DATE OF BIRTH _6-22-44_

PLACE OF BIRTH _Edcouch, Texas Hidalgo County_

SOCIAL SECURITY NO. _454 68 3128_

YEARS FOR WHICH INFORMATION IS SOUGHT _1994 to 2004_

SIGNATURE _Rene H. Hinojosa_

*************************************************************

**Optional: Authorization to Release Information to Another Person**

Pursuant to 5 U. S. C. § 552a(b), I authorize the Tax Division to release any and all information relating to me to:

_N/A_
(Print or Type Name and Address)

*************************************************************

I certify that I am the person named above and I understand that falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine or imprisonment or both.

_N/A_
Signature

