

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

JUL 2 2 2005

RENE H. HINOJOSA
PO BOX 756
RIO HONDO, TX 78583

Dear Mr. Hinolosa:

This letter is in response to your Freedom of Information Act (FOIA) request dated June 10, 2005 which was received in my office June 23, 2005.

Your request still fails to meet the requirements of the FOIA. A commitment to pay <u>search</u> and <u>duplication</u> fees is required. You may submit a perfected request for our consideration within 30 days from the date of this letter.

For further information, please contact John Rodriguez, Disclosure Specialist, ID number 18-00422, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02369.

Sincerely,

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus