

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Rene H. Hinojosa
P. O. Box 756
Rio Hondo, TX   78583

Person to Contact: Mrs. Rascoe
Telephone Number: (202) 622-3662
Refer Reply To: SE:S:C&L:GLD:D:F/2005-01998
Date: June 06, 2005

Dear Ms .Hinojosa:

This is in response to your Freedom of Information request dated March 06, 2005, for a copy of all documents available on Pedro Suarezl, identified as an Internal Revenue Officer and a copy of the employee's position as of January 1, 1994 to present with the Internal Revenue Service.

We do not maintain centralized files concerning taxpayers at Headquarters of the Internal Revenue Service. If there were some investigation, examination or collection action taken in reference to you, the records would be maintained at the Campus Disclosure Office or District Disclosure Office in which such action took place or where you filed your tax returns.

If you wish to obtain copies of documents relating to you, or have questions relating to Pedro Suarez, your request should be forwarded to the appropriate District Disclosure Office or Campus Disclosure Office where you filed your income tax returns or where Mr. Suarez is employed. The request should be directed to the attention of the Disclosure Officer, and should include proper evidence of your identity and state your willingness to pay any fees which may be incurred in the processing of your request.

Sincerely,

Symeria R. Rascoe
Tax Law Specialist
HQ Office of Disclosure FOIA
Badge #50-05919