Exhibit 41

# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

March 7, 2005

FOIA/PA
US DOJ, Tax Division
PO Box 227, Ben Franklin Station.
Washington, D.C. 20044

Certificate of Mailing No. 8213-00-1001

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requestor with those portions reasonably segregative. Requestor is waiving inspection of the requested records.

Requestor is attesting under the penalty of perjury that Requestor is a category (E) requester.

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS:**

1. **Please send Requester** certified copies of all written instrument bearing the signature of the Attorney General that authorized either a civil or criminal investigation to be conducted against Requester with the assigned Treasury Account number 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 pursuant to 26 USC sections 7401. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." ***You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.***

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, *Rene H. Hinojosa*

*County of* Cameron )
) ss
*State of* Texas )

On this 2 day of May, 2005, *Rene H. Hinojosa* personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

Signature of Notary Public

My Commission Expires: 12-13-06

any tax im-
any property
efore such tax
aud of the in-
uch sale, and
all have been
shall be void,
in any court.

or in part, the

aid (in an ac-
he amount so
f to the use of

try or exami-

son having the
fuses to admit
artment acting
g to entry of
or refuses to
, shall, for ev-

ncludes an of-
ember or em-
, employee, or
in respect of

ies relating to

alties, or other
nternal revenue
he Treasury, or
to all persons
under the au-
venue provision
ersons are des-
connection with
r disposition of

GS


7407. Action to enjoin income tax return preparers.

7408. Action to enjoin promoters of abusive tax shelters, etc.

7409. Action to enjoin flagrant political expenditures of section 501(c)(3) organizations.

7410. Cross references.


**In 1987,** P.L. 100-203, Sec. 10713(a)(2), amended item 7409 and added new item 7410.

Prior to amendment, item 7409 read as follows:

"7409. Cross references."

**In 1982,** P.L. 97-248, Sec. 321(b), redesignated item 7408 as 7409 and added a new item 7408.

**In 1976,** P.L. 94-455, Sec. 1203(i)(4), redesignated the item for Code Sec. 7407 as the item for Code Sec. 7408 ... added a new item for Code Sec. 7407.

**Sec. 7401. Authorization.**

No civil action for the collection or recovery of taxes, or of any fine, penalty, or forfeiture, shall be commenced unless the Secretary authorizes or sanctions the proceedings and the Attorney General or his delegate directs that the action be commenced.

**In 1976,** P.L. 94-455, Sec. 1906(b)(13)(A), substituted "Secretary" for "Secretary or his delegate" in Code Sec. 7401, effective 2/1/77.

**Sec. 7402. Jurisdiction of district courts.**

**(a) To issue orders, processes, and judgments.**

The district courts of the United States at the instance of the United States shall have such jurisdiction to make and issue in civil actions, writs and orders of injunction, and of *ne exeat republica,* orders appointing receivers, and such other orders and processes, and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws. The remedies hereby provided are in addition to and not exclusive of any and all other remedies of the United States in such courts or otherwise to enforce such laws.

**(b) To enforce summons.**

If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, or other data, the district court of the United States for the district in which such person resides or may be found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, or other data.

**(c) For damages to United States officers or employees.**

Any officer or employee of the United States acting under authority of this title, or any person acting under or by authority of any such officer or employee, receiving any injury to his person or property in the discharge of his duty shall be entitled to maintain an action for damages therefor, in the district court of the United States, in the district wherein the party doing the injury may reside or shall be found.

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |