Exhibit 42



**U.S. Department of Justice**

**Tax Division**

Facsimile No. (202) 514-6866                                      Washington, D.C. 20044

May 23, 2005

EJO'C:JBF:RRMcCoy
FOIPA/TAX # 9351

**Certified Mail No. 7004 1160 0006 7128 6034**
**RETURN RECEIPT REQUESTED**

Mr. Rene Homero Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

Dear Mr. Hinojosa:

   This responds to your Privacy Act request dated March 7, 2005. The Tax Division's Freedom of Information and Privacy Act Unit received it on May 17, 2005.

   We understand from your request that you are seeking a copy of a document signed by the Attorney General or the Attorney General's designee through which a criminal or civil investigation into your activities was authorized for the years 1994-2005. Based on the information you provided, we could locate no responsive records.

   In the event you wish to appeal this determination, you may write to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, 10th Street and Constitution Avenue, N.W., Suite 570, Washington, D.C. 20530-0001 within sixty (60) days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Thereafter, judicial review of the final determination will be available in the District Court of the United States located in the district in which you reside, where you have your principal place of business, in which the agency records are located, or in the District of Columbia.

                                          Sincerely yours,

                                          EILEEN J. O'CONNOR
                                          Assistant Attorney General
                    By:   /s/ J. Brian Ferrel
                                          J. BRIAN FERREL
                                          Senior Division Counsel
                                          for FOIA and PA Matters