# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

March 8, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-1002

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requestor with those portions reasonably segregative. Requestor is waiving inspection of the requested records.

Requestor is attesting under the penalty of perjury that Requestor is a category (E) requester;

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS;**

1. **Please send Requester** copies of all documents, transcripts and/or records maintained in the system of records identified as Criminal Investigation Management Information Systems (CIMIS) – Treasury/IRS 46.002, which pertain to Requester with the assigned Treasury Account number 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. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." <u>*You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.*</u>

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

FOIA # 1-2                                                                                                                    Page 1 of 2
SOR 46.002/CIMIS                                                                            Notary Acknowledgement on page two

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene H. Hinojosa_

County of _Cameron_ )
                    ) ss
State of _Texas_    )

On this _2_ day of _May_, 2005, _Rene H. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

[SEAL: LISA GARZA, MY COMMISSION EXPIRES December 13, 2006]

Signature of Notary Public

My Commission Expires: _12-13-06_

SYSTEM MANAGER(S) AND ADDRESS:
National Director of Appeals, Internal Revenue Service, 901 D Street, SW., Box 68, Washington, DC 20024; Regional Directors of Appeals (See IRS appendix A for addresses.)

NOTIFICATION PROCEDURE:
Individuals seeking to determine if this system of records contains a record pertaining to themselves may inquire in accordance with instructions appearing at 31 CFR part 1, subpart C, appendix B. Inquiries should be addressed as in "Record access procedures" below.

RECORD ACCESS PROCEDURES:
Individuals seeking access to any record contained in this system of records, or seeking to contest its content, may inquire in accordance with instructions appearing at 31 CFR part 1, subpart C, appendix B. Inquiries should be addressed to the National Director of Appeals, Internal Revenue Service, 901 D Street, SW., Box 68, Washington, DC 20024

CONTESTING RECORD PROCEDURES:
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

RECORD SOURCE CATEGORIES:
Art panel and staff decisions and appraisal documentation.

EXEMPTIONS CLAIMED FOR THE SYSTEM:
None.

Treasury/IRS 44.005

SYSTEM NAME:
Expert Witness and Fee Appraiser Files-Treasury/IRS.

SYSTEM LOCATION:
Office of the Director of Appeals, National Office; Area Directors of Appeals (See IRS appendix A for addresses.)

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
Actual and potential expert witnesses for litigation and fee appraisers.

CATEGORIES OF RECORDS IN THE SYSTEM:
Biographical sketches, application letters, or list of expert/appraiser names by specialty.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
5 U.S.C. 301; 26 U.S.C. 7602, 7801, 7802, and 7805(a).

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103. Records other than returns and return information may be used to: (1) Disclose information to the Department of Justice for the purpose of litigating and action and seeking legal advice; (2) disclose pertinent information to appropriate Federal, state, local, or foreign agencies responsible for investigating or prosecuting the violations of or for enforcing or implementing a statute, rule, regulation, order, or license, where the disclosing agency becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation; (3) disclose information to a Federal, state, or local agency, maintaining civil, criminal, or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual or issuance of a security clearance, license, contract, grant, or other benefit; (4) disclose relevant, non-privileged information to a court, magistrate, or administrative tribunal, including the presentation of evidence, disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings; (5) disclose information to foreign governments in accordance with formal or informal international agreements; (6) provide information to a congressional office in response to an inquiry made at the request of the individual to whom the record pertains; (7) provide information to the news media in accordance with guidelines contained in 28 CFR 50.2 which relate to an agency's functions relating to civil and criminal proceedings; (8) provide information to officials of labor organizations recognized under 5 U.S.C. Chapter 71 when relevant and necessary to their duties of exclusive representation; (9) provide information to third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Paper records.

RETRIEVABILITY:
Indexed by taxpayer and expert witness/appraiser name.

SAFEGUARDS:
Access Controls will not be less than those provided by the Automated Information System Security Handbook, IRM 2(10)00.

RETENTION AND DISPOSAL:
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 though IRM 1.15.2.31. Records are periodically updated to reflect changes and maintained as needed.

SYSTEM MANAGER(S) AND ADDRESS:
National Director of Appeals, Internal Revenue Service, 901 D Street, SW., Box 68, Washington, DC 20024; Regional Directors of Appeals. (See IRS appendix A for addresses.)

NOTIFICATION PROCEDURE:
Individuals seeking to determine if this system of records contains a record pertaining to themselves may inquire in accordance with instructions appearing at 31 CFR part 1, subpart C, appendix B. Inquiries should be addressed as in "Record access procedures" below.

RECORD ACCESS PROCEDURES:
Individuals seeking access to any record contained in this system of records, or seeking to contest its content may inquire in accordance with instructions appearing at 31 CFR part 1, subpart C, appendix B. Inquiries should be addressed to the National Director of Appeals, Internal Revenue Service, 901 D Street, SW., Box 68, Washington, DC 20024

CONTESTING RECORD PROCEDURES:
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

RECORD SOURCE CATEGORIES:
Varied, generally from the named individual, often unsolicited.

EXEMPTIONS CLAIMED FOR THE SYSTEM:
None.

Treasury/IRS 46.002

SYSTEM NAME:
Criminal Investigation Management Information System (CIMIS)-Treasury/IRS.

SYSTEM LOCATION:
National Office, Area Offices, Internal Revenue Service Centers, and Detroit Computing Center. (See IRS appendix A for addresses.)

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
Subjects and potential subjects of Criminal Investigation Division investigations, Special Agents, U.S. Area Court Judges and U.S. Attorneys.

CATEGORIES OF RECORDS IN THE SYSTEM:
Personal and financial information developed in criminal tax

EXHIBIT 4, PAGE 1 of 4

Federal Register / Vol. 66, No. 237 / Monday, December 10, 2001 / Notices     63843

investigations, potential tax investigations and in projects including information from other Federal, state and local agencies.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

**PURPOSE(S):**
To maintain and process sensitive investigative data that identifies patterns of criminal and/or civil noncompliance with federal income tax laws and to maintain and process sensitive information on agent personnel.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**
Disclosure of returns and return information may be made only as provided in 26 U.S.C. 6103.

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**
Paper records in binders, magnetic media, computer discs, computer printouts.

**RETRIEVABILITY:**
By taxpayer's name, case number and social security number, or other unique identifier.

**SAFEGUARDS:**
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

**RETENTION AND DISPOSAL:**
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 though IRM 1.15.2.31.

**SYSTEM MANAGER(S) AND ADDRESS:**
Official prescribing policies and practices—Chief (Criminal Investigation), National Office. Officials maintaining the system—Assistant Commissioner (Criminal Investigation);, Area Directors, Internal Revenue Service Center/Campus Directors, and the Detroit Computing Center Director. (see IRS appendix A for addresses).

**NOTIFICATION PROCEDURE:**
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

**RECORD ACCESS PROCEDURES:**
This system of records may not be accessed for purposes of inspection or for contest of content of records.

**CONTESTING RECORD PROCEDURES:**
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

**RECORD SOURCE CATEGORIES:**
This system of records contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

**EXEMPTIONS CLAIMED FOR THE SYSTEM:**
This system has been designated as exempt from certain provisions of the Privacy Act.

**Treasury/IRS 46.003**

**SYSTEM NAME:**
Confidential Informants, Criminal Investigation Division—Treasury/IRS.

**SYSTEM LOCATION:**
Area Offices. (See IRS appendix A for addresses.)

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**
Confidential Informants; Subjects of Confidential Informant's Reports.

**CATEGORIES OF RECORDS IN THE SYSTEM:**
Memorandums, Index Cards, Related Data.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

**PURPOSE(S):**
To maintain a file of the true identities of confidential informants.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**
Paper records and magnetic media.

**RETRIEVABILITY:**
By confidential informant's name and number or name in informant's report.

**SAFEGUARDS:**
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

**RETENTION AND DISPOSAL:**
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 though IRM 1.15.2.31.

**SYSTEM MANAGER(S) AND ADDRESS:**
Official prescribing policies and practices—Chief (Criminal Investigation), National Office. Officials maintaining the system—Area Directors. (See IRS appendix A for addresses.)

**NOTIFICATION PROCEDURE:**
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

**RECORD ACCESS PROCEDURES:**
This system of records may not be accessed for purposes of inspection or for contest of content of records.

**CONTESTING RECORD PROCEDURES:**
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

**RECORD SOURCE CATEGORIES:**
This system of records contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

**EXEMPTIONS CLAIMED FOR THE SYSTEM:**
This system has been designated as exempt from certain provisions of the Privacy Act.

**Treasury/IRS 46.004**

**SYSTEM NAME:**
Controlled Accounts (Open and Closed)—Treasury/IRS.

**SYSTEM LOCATION:**
Area Offices, Internal Revenue Service Centers, and the Martinsburg Computing Center. (See IRS appendix A for addresses.)

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**
Subjects and potential subjects of criminal tax investigation.

**CATEGORIES OF RECORDS IN THE SYSTEM:**
Criminal Investigation Information and Control Notices; Lists of names and related data; Lists of action taken: Transcripts of account.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

**PURPOSE(S):**
To maintain and process any activity pertaining to the taxpayer account that identifies patterns of criminal and/or civil noncompliance with federal tax and moneylaundering laws.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

EXHIBIT A  PAGE 2  of 4

63844    Federal Register / Vol. 66, No. 237 / Monday, December 10, 2001 / Notices

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**
Paper records and magnetic media.

**RETRIEVABILITY:**
By name or social security number.

**SAFEGUARDS:**
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

**RETENTION AND DISPOSAL:**
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 though IRM 1.15.2.31. Paper records are destroyed one year after the close of the investigation. Magnetic tape is erased three months after the close of the investigation.

**SYSTEM MANAGER(S) AND ADDRESS:**
Official prescribing policies and practices—Chief(Criminal Investigation), National Office. Officials maintaining the system—Area Directors, Internal Revenue Service Center Directors, and the Martinsburg Computing Center Director. (See IRS appendix A for addresses.)

**NOTIFICATION PROCEDURE:**
Individuals seeking to determine if this system of records contains a record pertaining to themselves may inquire in accordance with instructions appearing at 31 CFR part 1, subpart C, appendix B. Inquiries should be addressed as in "Record access procedures" below.

**RECORD ACCESS PROCEDURES:**
Individuals seeking to access to any record contained in this system of records, or seeking to contest its content, may inquire in accordance with instructions appearing at 31 CFR part 1, subpart C, appendix B. Inquiries should be addressed to the Area Director for each Area where records are to be searched (see IRS appendix A for addresses).

**CONTESTING RECORD PROCEDURES:**
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

**RECORD SOURCE CATEGORIES:**
Area Office Personnel; Service Center Personnel, Form 4135, Criminal Investigation Control Notice.

**EXEMPTIONS CLAIMED FOR THE SYSTEM:**
None.

**Treasury/IRS 46.005**

**SYSTEM NAME:**
Electronic Surveillance File, Criminal Investigation Division—Treasury/IRS.

**SYSTEM LOCATION:**
National Office, 1111 Constitution Avenue, NW., Washington, DC 20224

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**
Subjects of electronic surveillance. Individuals who have been subjects of queries by other agencies.

**CATEGORIES OF RECORDS IN THE SYSTEM:**
Information relating to conduct of electronic surveillance.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

**PURPOSE(S):**
To monitor and track all electronic surveillances that are conducted by area field offices.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**
Paper records and magnetic media.

**RETRIEVABILITY:**
By names, addresses, and telephone numbers.

**SAFEGUARDS:**
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

**RETENTION AND DISPOSAL:**
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 though IRM 1.15.2.31. Generally, records are periodically updated to reflect changes and maintained as long as needed.

**SYSTEM MANAGER(S) AND ADDRESS:**
Official prescribing policies and practices—Chief(Criminal Investigation) National Office. Officials maintaining the system—Director, Office of Investigations (See IRS appendix A for addresses.)

**NOTIFICATION PROCEDURE:**
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

**RECORD ACCESS PROCEDURES:**
This system of records may not be accessed for purposes of inspection or for contest of content of records.

**CONTESTING RECORD PROCEDURES:**
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

**RECORD SOURCE CATEGORIES:**
This system of records contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

**EXEMPTIONS CLAIMED FOR THE SYSTEM:**
This system has been designated as exempt from certain provisions of the Privacy Act.

**Treasury/IRS 46.009**

**SYSTEM NAME:**
Centralized Evaluation and Processing of Information Items (CEPIIs), Evaluation and Processing of Information (EOI), Criminal Investigation Division—Treasury/IRS.

**SYSTEM LOCATION:**
Area Offices, Internal Revenue Service Centers. (See IRS appendix A for addresses.)

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**
Taxpayers about whom the Internal Revenue Service has received information alleging a violation of laws within IRS jurisdiction, potential subjects of investigation.

**CATEGORIES OF RECORDS IN THE SYSTEM:**
Copies of income tax returns, special agent's reports, revenue agent's reports, reports from police and other investigative agencies, memoranda of interview, question-and-answer statements, affidavits, collateral requests and replies, information items, newspaper and magazine articles and other published data, financial information from public records, court records, confidential reports, case initiating documents and other similar and related documents.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

**PURPOSE(S):**
To maintain and process sensitive investigative data that possibly identifies potential criminal and/or civil noncompliance with federal law and money laundering laws.

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 3 | 4 |

63846          Federal Register / Vol. 66, No. 237 / Monday, December 10, 2001 / Notices

NOTIFICATION PROCEDURE:

This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

RECORD ACCESS PROCEDURES:

This system of records may not be accessed for purposes of inspection or for contest of content of records.

CONTESTING RECORD PROCEDURES:

26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

RECORD SOURCE CATEGORIES:

This system of records contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

EXEMPTIONS CLAIMED FOR THE SYSTEM:

This system has been designated as exempt from certain provisions of the Privacy Act.

Treasury/IRS 46.016

SYSTEM NAME:

Secret Service Details, Criminal Investigation Division—Treasury/IRS.

SYSTEM LOCATION:

National Office, Area offices and Area Offices. (See IRS appendix A for addresses.)

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

Special Agents.

CATEGORIES OF RECORDS IN THE SYSTEM:

List of Criminal Investigation participants and correspondence between Criminal Investigation and Secret Service.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

Records and information contained in these records may be disclosed to the Department of Justice for the purpose of litigating an action or seeking legal advice. Disclosure may be made during judicial processes.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Paper.

RETRIEVABILITY:
By name.

SAFEGUARDS:
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

RETENTION AND DISPOSAL:
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 through IRM 1.15.2.31.

SYSTEM MANAGER(S) AND ADDRESS:
Official prescribing policies and practices— Chief (Criminal Investigation), National Office. Officials maintaining the system—Chief (Criminal Investigation), Area Directors. (See IRS appendix A for addresses.)

NOTIFICATION PROCEDURE:
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

RECORD ACCESS PROCEDURES:
This system of records may not be accessed for purposes of inspection or for contest of content of records.

CONTESTING RECORD PROCEDURES:
26 U.S.C. 7852(e) prohibits Privacy Act Amendment of tax records.

RECORD SOURCE CATEGORIES:
This system of records contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

EXEMPTIONS CLAIMED FOR THE SYSTEM:
This system has been designated as exempt from certain provisions of the Privacy Act.

Treasury/IRS 46.022

SYSTEM NAME:
Treasury Enforcement Communications System (TECS), Criminal Investigation Division—Treasury/IRS.

SYSTEM LOCATION:
National Office, Area offices, Area Offices, and Internal Revenue Service Centers. (See IRS appendix A for addresses.)

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
Fugitives, subjects of open and closed criminal investigations, subjects of potential criminal investigations, subjects with Taxpayer Delinquent Accounts against whom Federal Tax Liens have been filed and other subjects of potential interest to criminal investigation such as witnesses and associates of subjects of criminal investigations or related to a matter under Criminal Investigation jurisdiction.

CATEGORIES OF RECORDS IN THE SYSTEM:
Name, date of birth, social security number, address, identifying details, aliases, associates, physical descriptions, various identification numbers, details and circumstances surrounding the actual or suspected violator.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Disc.

RETRIEVABILITY:
By name, social security number or other unique identifier.

SAFEGUARDS:
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

RETENTION AND DISPOSAL:
Records are maintained in accordance with Records Disposition Handbooks, IRM1.15.2.1 though IRM 1.15.2.31. Fugitives until apprehended. Other records are deleted when no longer of potential use for criminal investigation case or informational purposes. Cancellation after 10 years.

SYSTEM MANAGER(S) AND ADDRESS:
Official prescribing policies and practices—Assistant Commissioner (Criminal Investigation), National Office. Officials maintaining the system—Assistant Commissioner (Criminal Investigation), Regional Commissioners, Area Directors, and Internal Revenue Service Center Directors. (See IRS appendix A for addresses.)

NOTIFICATION PROCEDURE:
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

RECORD ACCESS PROCEDURES:
This system of records may not be accessed for purposes of inspection or for contest of content of records.

EXHIBIT A   PAGE 4   of 4