

**OFFICE of INSPECTOR GENERAL for TAX ADMINISTRATION**

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

May 19, 2005

Mr. Rene H. Hinojosa
Post Office Box 756
Rio Hondo, TX  78583

Dear Mr. Hinojosa:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated March 9, 2005, seeking access to records maintained by the Treasury Inspector General for Tax Administration (TIGTA). Specifically, you are seeking "copies of all documents, transcripts and/or records maintained in the system of records identified as Disclosure Investigation Files, Inspection – Treasury/IRS 60.004" concerning you, for the period 1994 through 2004. We received your FOIA request on May 13, 2005.

Please note that System #60.004, Disclosure Investigation Files, is a system of records that was previously maintained by the Chief Inspector's Office of the Internal Revenue Service (IRS). When the powers and responsibilities of the Chief Inspector's Office were transferred to the Treasury Inspector General for Tax Administration (TIGTA), System #60.004, as well as the other systems of records that fell under the Chief Inspector's Office, were consolidated and renamed as Treasury/DO .311, TIGTA Office of Investigations Files.

The system of records you are requesting is exempt from release pursuant to Section (j)(2) of the Privacy Act of 1974, Title 5 USC 552a; however, because your incoming request has met all of the requirements for a valid FOIA request, we are considering your request as such.

A check of TIGTA indices revealed no records responsive to your request.

We have enclosed an information sheet that explains your administrative appeal rights. You may appeal the adequacy of our search for responsive records within thirty-five (35) days from the date of this letter. Your appeal must be in writing, signed by you, and should be addressed as follows:

2

Freedom of Information Appeal
Treasury Inspector General for Tax Administration
Attn: IG:CC  Room 700A
1125 15th Street, NW
Washington, D.C.  20005

Please be aware that TIGTA and the IRS are two separate entities.  In the future, if you are seeking documents that concern issues that originated with the Internal Revenue Service (IRS), you must request the documents directly from that office.

If you have any questions concerning this matter, please contact Program Analyst Sharon McNorris at (202) 622-3087.

Sincerely,

Amy P. Jones
Disclosure Officer

Enclosure