

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Rene H. Hinojosa
P. O. Box 756
Rio Honodo, TX   78583

**Person To Contact: Ms. Rascoe**
**Telephone Number: (202) 622-3662**
Refer Reply To: SE:S:C&L:GLD:D:F/2005-02018
Date: June 01, 2005

Dear Ms. Hinojosa:

This is to acknowledge receipt of your Freedom of Information Act request dated March 10, 2005, for a copy of all documents, transcripts and/or record maintained in a system of records identified as Chief Counsel Disclosure Litigation Case Files – Treasury/IRS 90.002 which pertain to you with the assigned Treasury Account number 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.

We need more time to locate and consider releasing the Internal Revenue Service records you have requested. We are sorry for any inconvenience the delay may cause.

Under certain circumstances we may extend the 20 business day time limit for responding to your request by an additional 10 business days. See FOIA, 5 USC 552(a)(6)(B) and 31 CFR 1.5(j). We need this additional time to:

/X/ search for and collect the requested records from other locations
(e.g., Federal Records Center) separate from this office;

/ / search for, collect, and review a large volume of records which are responsive
to your request;

/ / consult with another agency or Treasury bureau which has a substantial interest in
one or more of the records which are responsive to your request.

We plan to provide you with our response as soon as possible. Thank you for your patience in this matter. If you are still interested in receiving the requested information, no reply to this letter is necessary.

Sincerely,

Symeria R. Rascoe
Tax Law Specialist
HQ Office of Disclosure FOIA
Badge #50-05919