

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Rene H. Hinojosa
P. O. Box 756
Rio Honodo, TX   78583

Person to Contact: Mrs. Rascoe
Telephone Number: (202) 622-3662
Refer Reply To: SE:S:C&L:GLD:D:F/2005-02018
Date: June 08, 2005

Dear Ms. Hinojosa:

This is in response to your March 10, 2005, Freedom of Information Act request for a copy of all documents maintained in the System of Records known as Chief, Counsel Disclosure Litigation Case Files - Treasury/IRS 90.002 which pertains to you with assigned Treasury Account Number 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.

The Office of Chief Counsel conducted a search for records on CASE-TECHMIS and TL-CATS, they found no records that come within the scope of your request.

We are sorry for the delay in responding to your request.

Sincerely,

Symeria R. Rascoe
Tax Law Specialist
HQ Office of Disclosure FOIA
Badge #50-05919