

Exhibit 51

**U.S. Department of Justice**

**Tax Division**

Facsimile No. (202) 514-6866                    *Washington, D.C. 20044*

May 13, 2005

EJO'C:JBF:RRMcCoy
FOIPA/TAX # 9346

**Certified Mail No. 7004 1160 0006 7128 6072**
RETURN RECEIPT REQUESTED

Mr. Rene H. Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

Dear Mr. Hinojosa:

This responds to your Privacy Act request dated March 11, 2005.  The Tax Division's Freedom of Information and Privacy Act Unit received it on May 12, 2005.

We understand from your request that you are seeking all documents, records and/or transcripts indicating you are of were involved in the taxable activities specified in item Nos. 1-6 of your letter for the years 1994-2004.

Information which is maintained by the Tax Division pertains mainly to civil and criminal tax litigation, either actual or contemplated.  This information is stored in files which are indexed in central classification systems under the names of the individuals or entities who are parties to the litigation.  In addition, there is some information maintained by the Tax Division which relates to various procedures and guidelines relevant to the processing of tax cases.  Some of this informa- tion is listed periodically in the Federal Register and is avail- able for public inspection in a designated reading room, as required by the Freedom of Information Act.

The type of information which you have requested does not seem to fall within either of the above categories of informa- tion, and thus is not retrievable by means of the Tax Division's indices.  Based on the information you provided, we could locate no responsive records.

Rene H. Hinojosa
FOIPA/TAX # 9346
Certified Mail No. 7004 1160 0006 7128 6072

    To the extent you are seeking Internal Revenue Service documents, we suggest that you send a request to the Internal Revenue Service in correspondence addressed as follows:

                    Ms. Maureen Sapero
                    FOIA Disclosure Manager
                    Office of Disclosure
                    1111 Constitution Avenue, N.W.
                    Washington, D.C. 20224

    In the event you wish to appeal this determination, you may write to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, 10th Street and Constitution Avenue, N.W., Suite 570, Washington, D.C. 20530-0001 within sixty (60) days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Thereafter, judicial review of the final determination will be available in the District Court of the United States located in the district in which you reside, where you have your principal place of business, in which the agency records are located, or in the District of Columbia.

                    Sincerely yours,

                    EILEEN J. O'CONNOR
                    Assistant Attorney General

By:

                    J. BRIAN FERREL
                    Senior Division Counsel
                    for FOIA and PA Matters