# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

March 12, 2005

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-1006

Re: Treasury Account No. 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

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requestor with those portions reasonably segregative. Requestor is waiving inspection of the requested records.

Requestor is attesting under the penalty of perjury that Requestor is a category (E) requester;

This request pertains to the years 1994 through 2004.

**THIS IS A REQUEST FOR DOCUMENTS;**

1. **Please send Requester** copies of all documents, transcripts and/or records maintained in the system of records identified as Controlled Access Accounts, Open and Closed (CAA) - Treasury/IRS 46.004, which pertain to Requester with the assigned Treasury Account number 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. (See Exhibit A)

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records*. Using information provided by the Requester, the agency will determine the *system of records* that *has the files* that have been requested." ***You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.***

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

FOIA # 1-6
SOR 46.004/CAA

Page 1 of 2
Notary Acknowledgement on page two

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene A. Hinojosa_

County of _Cameron_ )
) ss
State of _Texas_ )

On this _2_ day of _May_, 2005, _Rene A. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

_____
Signature of Notary Public

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

My Commission Expires: _12-13-06_

FOIA # 1-6
SOR 46.004/CAA

Page 2 of 2
Notary Acknowledgement on page two

Federal Register / Vol. 66, No. 237 / Monday, December 10, 2001 / Notices 63843

investigations, potential tax investigations and in projects including information from other Federal, state and local agencies.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

PURPOSE(S):
To maintain and process sensitive investigative data that identifies patterns of criminal and/or civil noncompliance with federal income tax laws and to maintain and process sensitive information on agent personnel.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:
Disclosure of returns and return information may be made only as provided in 26 U.S.C. 6103.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Paper records in binders, magnetic media, computer discs, computer printouts.

RETRIEVABILITY:
By taxpayer's name, case number and social security number, or other unique identifier.

SAFEGUARDS:
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

RETENTION AND DISPOSAL:
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 though IRM 1.15.2.31.

SYSTEM MANAGER(S) AND ADDRESS:
Official prescribing policies and practices—Chief (Criminal Investigation), National Office. Officials maintaining the system—Assistant Commissioner (Criminal Investigation);, Area Directors, Internal Revenue Service Center/Campus Directors, and the Detroit Computing Center Director. (see IRS appendix A for addresses).

NOTIFICATION PROCEDURE:
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

RECORD ACCESS PROCEDURES:
This system of records may not be accessed for purposes of inspection or for contest of content of records.

CONTESTING RECORD PROCEDURES:
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

RECORD SOURCE CATEGORIES:
This system of records contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

EXEMPTIONS CLAIMED FOR THE SYSTEM:
This system has been designated as exempt from certain provisions of the Privacy Act.

Treasury/IRS 46.003

SYSTEM NAME:
Confidential Informants, Criminal Investigation Division—Treasury/IRS.

SYSTEM LOCATION:
Area Offices. (See IRS appendix A for addresses.)

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
Confidential Informants; Subjects of Confidential Informant's Reports.

CATEGORIES OF RECORDS IN THE SYSTEM:
Memorandums, Index Cards, Related Data.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

PURPOSE(S):
To maintain a file of the true identities of confidential informants.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:
Paper records and magnetic media.

RETRIEVABILITY:
By confidential informant's name and number or name in informant's report.

SAFEGUARDS:
Access controls will not be less than those provided for by Managers Security Handbook, IRM 1(16)12 and the Automated Information System Security Handbook, IRM 2(10)00.

RETENTION AND DISPOSAL:
Records are maintained in accordance with Records Disposition Handbooks, IRM 1.15.2.1 though IRM 1.15.2.31.

SYSTEM MANAGER(S) AND ADDRESS:
Official prescribing policies and practices—Chief (Criminal Investigation), National Office. Officials maintaining the system—Area Directors. (See IRS appendix A for addresses.)

NOTIFICATION PROCEDURE:
This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual.

RECORD ACCESS PROCEDURES:
This system of records may not be accessed for purposes of inspection or for contest of content of records.

CONTESTING RECORD PROCEDURES:
26 U.S.C. 7852(e) prohibits Privacy Act amendment of tax records.

RECORD SOURCE CATEGORIES:
This system of records contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

EXEMPTIONS CLAIMED FOR THE SYSTEM:
This system has been designated as exempt from certain provisions of the Privacy Act.

Treasury/IRS 46.004

SYSTEM NAME:
Controlled Accounts (Open and Closed)—Treasury/IRS.

SYSTEM LOCATION:
Area Offices, Internal Revenue Service Centers, and the Martinsburg Computing Center. (See IRS appendix A for addresses.)

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
Subjects and potential subjects of criminal tax investigation.

CATEGORIES OF RECORDS IN THE SYSTEM:
Criminal Investigation Information and Control Notices; Lists of names and related data; Lists of action taken: Transcripts of account.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
5 U.S.C. 301; 26 U.S.C. 7602, 7801 and 7802.

PURPOSE(S):
To maintain and process any activity pertaining to the taxpayer account that identifies patterns of criminal and/or civil noncompliance with federal tax and moneylaundering laws.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:
Disclosure of returns and return information may be made only as provided by 26 U.S.C. 6103.

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |