

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

JUN 0 3 2005

RENE H. HINOJOSA
P.O. BOX 756
RIO HONDO, TX 78583

Dear Mr. Hinojosa:

This letter is in response to your Freedom of Information Act (FOIA) request dated March 13, 2005 which was received in my office May 13, 2005.

The System of Records referenced in your request, IRS 46.022, is exempt from access pursuant to Privacy Act Exemption (j) (2) and FOIA Exemption (b) (7) (E). We have nothing to provide in response to your request. The enclosed Notice 393 explains your appeal rights.

For further information, please contact John Rodriguez, Disclosure Specialist, ID number 18-00422, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02140.

Sincerely,

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

Enclosure(s): (1)