# FREEDOM OF INFORMATION ACT REQUEST

Requester: Rene H Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

January 1, 2006

IRS FOIA Request
Austin Disclosure Office
M/S 7000 AUS 300 East 8th St Room 480
Austin, TX 78701

Certificate of Mailing No. 8213-00-0026

Re: Treasury Account No. **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**

Dear Disclosure Officer:

This is a Freedom of Information Act / Privacy Act request made under authority of 5 USC 552 and 26 CFR 601.702(f). If the requested documents are classified, please redact classified sections then send portions that are not redacted, together with a detailed explanation of why they have been classified. If the requested documents are not kept at the service center referenced above, please forward this request to the office where they are located as required per House Report 105-37 of the 105th Congress:

If any of the requested documents are exempt from release, please furnish Requester with those portions reasonably segregative. Requester is waiving inspection of the requested records.

Requester is attesting under the penalty of perjury that Requester is a category (E) Requester.

This request pertains to your tax periods **1994** through **Present**.

**THIS IS A REQUEST FOR DOCUMENTS:**

**BACKGROUND: IRC Section 6020(b) Certification.** Internal Revenue Service **Form 13496** is the form that must be signed by the Service employee authorized to file a Substitute for Return on behalf of the Requester. 26 USC § 6020(b). **Returns prepared for or executed by Secretary (a) Preparation of return by Secretary -** *If any person shall fail to make a return required by this title or by regulations* prescribed thereunder, *but shall consent to disclose all information necessary for the preparation thereof,* then, and in that case, *the Secretary may prepare such return, which, being signed by such person,* may be received by the Secretary as the return of such person (see **Exhibit A**).

1. **Please send Requester** copies of all documents, records and/or transcripts identified as, or supersedes if obsolete **From 13496 -- IRC Section 6020(b) Certification** bearing the signature of the IRS employee certifying the return prepared that pertains to Requester assigned Treasury Account number **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** as referenced in Exhibit A above.

"A Requester is *not* required to identify the *specific system of records* that contain the information sought. It is sufficient to identify the *agency that has the records.* Using information provided by the Requester, the agency will determine the *system of records that has the files* that have been requested." *You have Requestor's promise to pay up to fifty ($50) dollars for all documents beyond those provided free. If the estimated cost exceeds fifty ($50) dollars, please notify Requestor in writing.*

Notice is hereby given that if the IRS fails to produce any of the requested documents within thirty (30) days of this request, failure to do so shall be construed as prima facie evidence that the IRS is unable to do so and shall create the legal presumption that the requested documents do not exist. If an extension of time is required to complete this request, please notify this Requestor in writing of this requirement.

You are also cautioned that pursuant to that Internal Revenue Service Restructuring and Reform Act (Section 1203, P.L. 105-206), you are required to comply with the Internal Revenue Code, the Internal Revenue Manual, Treasury Regulations, and all other Internal Revenue Service policies and procedures. If you fail to comply, you may be personally liable for civil and/or criminal prosecution under 26 USC 7214(a) and 26 USC 7433.

I understand the penalties provided in 5 USC 552(a)(I)(3) for requesting or obtaining access to records under false pretenses.

Signature of Requester, _Rene S. Hinojosa_

County of _CAMERON_ )
                     ) ss
State of _TEXAS_     )

On this _24_ day of _January_, 2006, _Rene S. Hinojosa_ personally appeared known to me, or proved to me on the basis of satisfactory evidence to be the one whose appellation is subscribed to within this instrument.

Witness my hand and official seal:

LISA GARZA
MY COMMISSION EXPIRES
December 13, 2006

_____
Signature of Notary Public

My Commission Expires: _____

| Name of taxpayer | Social security number |
|---|---|
| | |

Address of taxpayer *(Number, Street, City or Town, State, ZIP code)*

---

## Certification

The officer of the IRS identified below, authorized by Delegation Order 182, certifies the attached pages constitute a valid return under section 6020(b). This return consists of the following items:

1. A copy of the Form 1040 which the IRS used to establish the taxpayer's account on its computer system or, alternatively, a transcript of account reflecting the entry of data used to establish the taxpayer's account on the IRS computer system;
2. Form 4549, Income Tax Examination Changes;
3. Form 886-A, Explanation of Items; and
4. This certification *(Form 13496).*

Pursuant to section 6651(g)(2), this certification, with attachments, shall be treated as the return filed by the taxpayer for purposes of determining the amount of the additions to tax under paragraphs (2) and (3) of section 6651(a).

| EXHIBIT | PAGE | of |
|---|---|---|
| **A** | **1** | **1** |

---

### IRS Authorization Data

| Employee name | Title REVENUE AGENT | Office | ID number |
|---|---|---|---|
| **AMY THOMPSON** | | **COLUMBIA SC** | **57-10262** |
| Signature *Amy Thompson* | | 000002 | Date *(mmddyy* **12-21-2004** |

Form **13496** (11-2003)   Catalog No. 37538J   publish no irs.gov   Department of the Treasury — Internal Revenue Se