Exhibit 57

IRPTPN45468312802000000000        *(TY2000)

DOCUMENT TYPE: K-1 1065
PAYEE ENTITY DATA:      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
 RENE HINOJOSA
 PO BOX 358
 MERCEDES
 STATE: TX ZIP: 78570-0000


PAYER ENTITY DATA:      74-1904463
 HINOJOSA ENTERPRISES
 PO BOX 358
 MERCEDES              TX 78570


 DIVIDENDS...........$294+
 REAL EST..........$1,631-



***************************    TAXPAYER  COPY    ***************************

IRPBRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: K-1 1065
PAYEE ENTITY DATA:          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
RENE H HINOJOSA
PO BOX 358
MERCEDES
STATE: TX ZIP: 78570-0000


PAYER ENTITY DATA:          93-0853297
HINOIJOSA DEVELOPMENT CO
PO BOX 358
MERCEDES                    TX 78570


DIVIDENDS...........$426+
INTEREST...........$8,181+
REAL EST...........$3,686+


***************************  TAXPAYER  COPY  ***************************

IRPTRN45468312802000000000       *(TY2000)

DOCUMENT TYPE: 1098
PAYEE ENTITY DATA:      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
RENE H HINOJOSA
P O BOX 355
MERCEDES
STATE: TX ZIP: 78570-0355

ACCOUNT NUMBER:      0009730760060
PAYER ENTITY DATA:      74-2106978
TEXAS STATE BANK
PO BOX 4797
MCALLEN           TX 78502

MTG INT PD.......$14,376+

*************************** TAXPAYER COPY ***************************

IRPTRN45468312802000000000                    *(TY2000)

   DOCUMENT TYPE: CTR

* * * * * * * * * * *    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    * * * * * * * * * * *

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

\*\*\*\*\*\*\*\*\*\*\*\*   THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER   \*\*\*\*\*\*\*\*\*\*\*\*

• IRPTRN45468312802000000000                    * (TY2000)

                                                                PAGE 0006 OF 0055

    DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ***********

‹ IRPTFN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

***********      THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER        ***********

IRPTRN45468312802000000000              *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000      *(TY2000)

DOCUMENT TYPE: CTR

\*\*\*\*\*\*\*\*\*\*\*\*     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER     \*\*\*\*\*\*\*\*\*\*\*\*

IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000               *(TY2000)

DOCUMENT TYPE: CTR

\*\*\*\*\*\*\*\*\*\*\*\*     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER     \*\*\*\*\*\*\*\*\*\*\*\*

IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER ***********

IRPTRN45468312802000000000                    *(TY2000)

   DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

\*\*\*\*\*\*\*\*\*\*\*\*       THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER       \*\*\*\*\*\*\*\*\*\*\*\*

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER ***********

Station Name: ...

IRPTRN45468312802000000000            *(TY2000)

PAGE 0017 OF 0055

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER ***********

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

***********    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ***********

IRPTRN45468312802000000000          *(TY2000)

   DOCUMENT TYPE: CTR

*********** ·  THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ***********

IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER      ***********

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR



*************   THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER   *************

IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER ***********

IRPTRN45468312802000000000 *(TY2000)

DOCUMENT TYPE: CTR

*********** · THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER ***********

IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR


************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

Station Name: ESD60702157JB   Date: 12/28/01   Time: 08:16:01

* IRPTRN45468312802000000000          *(TY2000)

PAGE 0025 OF 0055

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER ***********

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

*\*\*\*\*\*\*\*\*\*\*    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    \*\*\*\*\*\*\*\*\*\*\**

Station Name

*IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

************   THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER   ************

IRPTRN45468312802000000000     *(TY2000)

DOCUMENT TYPE: CTR

\*\*\*\*\*\*\*\*\*\*\*\*     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER     \*\*\*\*\*\*\*\*\*\*\*\*

IRPTRN45468312802000000000      *(TY2000)

DOCUMENT TYPE: CTR

\*\*\*\*\*\*\*\*\*\*\*\*    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    \*\*\*\*\*\*\*\*\*\*\*\*

Station Name: MEMO CTWQ2  Date: 05/07 Da  Time: 10:59  Time: 07

* IRPTRN45468312802000000000          *(TY2000)

   DOCUMENT TYPE: CTR

*************   THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER   *************

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000              *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000              *(TY2000)

DOCUMENT TYPE: CTR

* * * * * * * * * * * *    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    * * * * * * * * * * * *

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

************     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER     ************

IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER   ***********

IRPTRN45468312802000000000                    *(TY2000)

   DOCUMENT TYPE: CTR


*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER  ***********

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

************          THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER          ************

TRPTRN454683128020000000000          *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000                    *(TY2000)

  DOCUMENT TYPE: CTR

* * * * * * * * * * * *     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER     * * * * * * * * * * * *

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

\*\*\*\*\*\*\*\*\*\*\*\*          THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER          \*\*\*\*\*\*\*\*\*\*\*\*

*IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

*IRPTRN45468312802000000000              *(TY2000)

   DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER      ************

IRPTRN45468312802000000000          *(TY2000)

   DOCUMENT TYPE: CTR

************     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER     ************

IRPTRN45468312802000000000              *(TY2000)

  DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

************     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER      ***********

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

* * * * * * * * * * * *     THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER     * * * * * * * * * * * *

Station Name: MECCA      Date/Time:

*IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

*********** THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER  ***********

*IRPTRN45468312802000000000                    *(TY2000)

DOCUMENT TYPE: CTR

************      THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER      ************

'IRPTRN45468312802000000000000          *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000          *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000000          *(TY2000)

DOCUMENT TYPE: CTR

***********    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ***********

*IRPTRN45468312802000000000000        *(TY2000)

DOCUMENT TYPE: CTR

************    THIS DOCUMENT MAY NOT BE PROVIDED TO TAXPAYER    ************

IRPTRN45468312802000000000         *(TY2000)

DOCUMENT TYPE: 1099-MISC
PAYEE ENTITY DATA:      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
RENE H HINOJOSA
PO BOX 358
MERCEDES
STATE: TX ZIP: 78570-0000              NOT DIRECT SALES
                                       NO SECOND NOTICE
ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:      74-1607667
H&H MEAT PRODUCTS CO INC
MIL⊢ 12 EAST EXPRESSWAY 83
PO BOX 358
MERCEDES                  TX 78570

MISC OTH I..........$811+


*************************** TAXPAYER  COPY  ***************************

Station Name: MEM011WA2147447  Date: 3/24/2006 Time: 8:45:26 AM

PRPTR.74546831280200000
```
        ***(TY2000)  IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
TIN- 454683128  TIN TYPE AND VALIDITY- 0  DOCUMENT CODE- 00          55 DOCS
GROUP              AMOUNT              GROUP              AMOUNT
INTEREST..........$8,181+
DIVIDENDS..........$720+
OTHER INC..........$811+
MTG INT PD.......$14,376+
GROSS DIST......$156,168+
```

ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

ERPERN45468312802000000000          *(TY2000)

DOCUMENT TYPE: 1099-R
PAYEE ENTITY DATA:          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
RENE H HINOJOSA
PO BOX 358
MERCEDES
STATE: TX ZIP: 78570-0000                    SEP INDICATOR: NOT CHECKED (IRA)
                                             TOTAL DISTRIBUTION: NOT CHECKED
ACCOUNT NUMBER: N/A                          TAX AMT UNDETERMINED: NOT CHECKED
PAYER ENTITY DATA:          74-1607667
H&H MEAT PRODUCTS CO INC                     DISTRIBUTION CODE (BELOW):
MILE 12 EAST EXPRESSWAY 83                   NO CODE ENTERED
PO BOX 358                                   DISTRIBUTION CODE (BELOW):
MERCEDES                   TX 78570          NO CODE ENTERED

GROSS DIST......$156,168+


****************************     TAXPAYER  COPY     ****************************