IN THE UNITED STATES DISTRICT COURT FOR THE
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RENE H. & DEANNA G. HINOJOSA | ) | No. 06-cv-215 (JDB) |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF TREASURY and | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This is a Freedom of Information Act (FOIA) case in which plaintiffs allege that they requested documents from the Internal Revenue Service, which improperly denied or rejected their requests.

STATEMENT

Plaintiffs filed this suit on February 2, 2006. The United States filed a motion for summary judgment asserting that plaintiffs failed to exhaust their administrative remedies because they failed to perfect their FOIA requests. In response to the motion, plaintiffs have filed this motion for summary judgment along with 58 attachments.

ARGUMENT

Nowhere in their motion do plaintiffs dispute the central point of the United States' motion for summary judgment; i.e., that they failed to perfect their FOIA requests. On the contrary, they admit that they filed numerous FOIA requests. They also admit that the Internal Revenue Service advised them that their FOIA requests were not perfected because they lacked original signatures. (Pl's aff. at 1-2.) They

further admit that they did not provide the requested original signatures. (Pl. aff. at 2.) Instead of providing original signatures, plaintiffs state that they provided an "original signed U.S. DEPARTMENT OF JUSTICE, Tax Division Identity Verification sheet" and a "good quality copy of my Texas state issued driver [sic] license." (Pl's aff. at 2.) These admissions from plaintiffs fully support the United States' position that they failed to perfect their FOIA requests. As explained in the United States' motion for summary judgment, plaintiffs' failure to exhaust administrative remedies is fatal to their complaint. Accordingly, this Court should grant the United States motion for summary judgment and dismiss this case.

Dated:      July 27, 2006

                                        Respectfully submitted,

                                        /s/ Pat S. Genis
                                        PAT S. GENIS, #446244
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC  20044
                                        Telephone/Fax:  (202) 307-6390/514-6866
                                        Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on July 27, 2006, the UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT was placed in the United States mail, postage prepaid, and properly addressed to the following:

>Rene H. Hinojosa
>Deanna G. Hinojosa
>Plaintiffs *pro se*
>P.O. Box 756
>Rio Hondo, TX 78583

>/s/   Pat Genis
>PAT S. GENIS