UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENE HINOJOSA and DEANNA HINOJOSA,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEP'T OF TREASURY and INTERNAL REVENUE SERVICE,<br><br>　　Defendants. | Civil Action No.  06-0215  (JDB) |

### ORDER

Upon consideration of the parties' cross-motions for summary judgment, the oppositions and replies thereto, and the entire record herein, it is this 11th day of October, 2006, hereby

**ORDERED** that plaintiffs' motion for summary judgment is **DENIED**; it is further

**ORDERED** that defendants' motion for summary judgment is **GRANTED** with respect to the six FOIA requests denied pursuant to statutory exemptions or the lack of responsive documents, and **DENIED** with respect to the twenty-six FOIA requests denied on the ground that the requests did not meet agency filing requirements; it is further

**ORDERED** that the IRS must process the twenty-six FOIA requests denied on the ground that they did not meet agency filing requirements under its normal FOIA procedures and determine whether to grant or deny them.  If the requests are denied, plaintiffs may appeal the denial through the administrative appeals process, with judicial review available once that process is exhausted; and it is further

**ORDERED** that plaintiffs' suit is **DISMISSED** without prejudice.  If plaintiffs again

seek judicial review of adverse agency determinations with respect to the twenty-six requests at issue, their suit should be treated as a "related case" and assigned to this Court pursuant to LCvR 40.5(a)(4) & (c).

**SO ORDERED**.

                        /s/
               **JOHN D. BATES**
            **United States District Judge**

Dated: October 11, 2006