IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENE HINOJOSA and<br>DEANNA HINOJOSA<br><br>          Plaintiffs,<br><br>     v.<br><br>DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:06-cv-00215 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given this 4th day of December, 2006, that the Department of Treasury, Internal Revenue Service hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 11th day of October, 2006 in favor of Rene Hinojosa and Deanna Hinojosa against said Department of Treasury, Internal Revenue Service.

                                                             /s/ PAT S. GENIS
                                           PAT S. GENIS, Attorney, #446244

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

2067562.1

**CLERK**     Please mail copies of the Notice of Appeal to the following at the addresses indicated:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Email: pat.genis@usdoj.gov

Rene Hinojosa
Deanna Hinojosa
P.O. Box 756
Rio Hondo, TX 78583