# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5400**  　　　　　　**September Term, 2006**

06cv00215

Filed On:

Rene Hinojosa and Deanna Hinojosa,
　　　　Appellees

　　v.

Department of Treasury and Internal Revenue Service,
　　　　Appellants



## ORDER

Upon consideration of appellants' motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the District Court a certified copy of this order in lieu of formal mandate.

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　BY: *Linda Jones*
　　　　　　　　　　　　　　Linda Jones
　　　　　　　　　　　　　　Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk